Exhibit A

Case# 2011-02162-0 Received at Montgomery County Prothonotary on 01/28/2011 4:20 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 12/30/2009 | 1668 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**

6101 Sheaff Lane
Fort Washington, PA 19034
Stenton Road
Labor August  - December 31, 2009

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 1/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Trim/Service Labor – August - December 2009 as per Attached Labor Time Report | 5,443.10 | 5,443.10 |

| | Subtotal | $5,443.10 | Sales Tax (6.0%) | $326.59 |
|---|---|---|---|---|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $5,769.69

**Frankentek Residential Systems LLC**
**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/1/2010 | 1870 |

| BILL TO |
|---|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|---|
| 6101 Sheaff Lane<br>Fort Washington, PA 19034<br>Stenton Road<br>Labor July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 11/1/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management Labor - July 2010 as per Attached Labor Time Report | 1,138.09 | 1,138.09 |
| | Subtotal | $1,138.09 | |
| | | Sales Tax (6.0%) | $68.29 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**     $1,206.38

Case# 2011-02162-0 Received at Montgomery County Prothonotary on 01/28/2011 4:20 PM, Fee = $33.00

Exhibit B

Case# 2011-02162-0 Received at Montgomery County Prothonotary on 01/28/2011 4:20 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# Statement

| Date |
|------|
| 12/31/2010 |

To:

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

| | Amount Due | Amount Enc. |
|---|---|---|
| | $6,976.07 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2008 | Balance forward | | 0.00 |
| | 1517 Buerger Reid&Krista's Prty/Stenton- | | |
| 04/13/2009 | INV #1517. Outdoor TV Materials & Labor | 17,994.56 | 17,994.56 |
| 04/22/2009 | PMT #13720. Inv.1517 | -17,994.56 | 0.00 |
| 09/09/2009 | INV #1616. Ftek Warranty Labor 3/31 - 6/9/09 | 0.00 | 0.00 |
| 12/30/2009 | INV #1668. Ftek Labor August - Dec 09 | 5,769.69 | 5,769.69 |
| 10/01/2010 | INV #1870. July 2010 Labor | 1,206.38 | 6,976.07 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 1,206.38 | 0.00 | 5,769.69 | $6,976.07 |

Exhibit C

Case# 2011-04586-0 Received at Montgomery County Prothonotary on 02/24/2011 3:36 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/23/2010 | 1849 |

| BILL TO |
|---------|
| Harner Realty 1 LLC<br>7111 Valley Green Road<br>Fort Washington, PA  19034<br>Attn:  Dan Welte |

| RE: |
|-----|
| 6101 Sheaff Lane<br>Fort Washington, PA 19034<br>Attn:  Reid Buerger<br>Harner Projects Design<br>Labor April  - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/23/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/Security Rough, Trim & Final/Programming Labor – April - July 2010 as per Attached Labor Time Report | 21,298.68 | 21,298.68 |
| 1 | WET LOCATION RG59 CCTV YELLOW 1000ft Roll | 132.00 | 132.00 |
| 3 | DIRECT BURIAL CAT5E UTP BLACK 1000 ft | 170.00 | 510.00 |
| 3 | TRAY Cable 18/2 OASH LT.BLUE for burial 1000ft | 230.00 | 690.00 |
| 1 | CBL TIE, 8 40LB BLACK UV per 100 | 3.00 | 3.00 |
| | Freight PO 2544 Buerger Reid 1521 | 7.66 | 7.66 |
| 2 | Battery 12VDC 7 Amp | 17.99 | 35.98 |
| 1 | Battery 12VDC 7 Amp | 17.99 | 17.99 |
| 1 | Power conditioner with battery back up | 800.00 | 800.00 |
| 1 | Power conditioner with battery back up | 800.00 | 800.00 |
| 2 | Linksys EtherFast Workgroup Switch-5 ports.. | 23.99 | 47.98 |
| | Freight PO 2608 | 22.93 | 22.93 |
| | Sales Tax Paid PO 2608 | 4.96 | 4.96 |

| | | | |
|---|---|---|---|
| | Subtotal | $24,371.18 | Sales Tax (6.0%) | $1,460.14 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $25,831.32

Case# 2011-04586-0 Received at Montgomery County Prothonotary on 02/24/2011 3:36 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 10/1/2010 | 1869 |

| BILL TO |
|---------|
| Harner Realty 1 LLC<br>7111 Valley Green Road<br>Fort Washington, PA  19034<br>Attn:  Dan Welte |

| RE: |
|-----|
| 6101 Sheaff Lane<br>Fort Washington, PA 19034<br>Attn:  Reid Buerger<br>Harner Projects Design<br>Labor August  - Sept. 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/1/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management Labor – August – September 2010 as per Attached Labor Time Report | 5,820.46 | 5,820.46 |

| | Subtotal | $5,820.46 | Sales Tax (6.0%) | $349.23 |
|--|----------|-----------|------------------|---------|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | $6,169.69 |
|---|---|---|

Exhibit D

Case# 2011-04586-0 Received at Montgomery County Prothonotary on 02/24/2011 3:36 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# Statement

| Date |
|---|
| 12/31/2010 |

| To: |
|---|
| Harner Realty 1 LLC |
| 7111 Valley Green Road |
| Fort Washington, PA 19034 |
| Attn: Dan Wolfe |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $32,001.01 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | 1521 Buerger Road Sheaff Home/Harner Farm: | | |
| 09/01/2009 | INV #1609. Fiek alarm labor & materials Jan - July 2009 | 10,862.64 | 10,862.64 |
| 09/02/2009 | INV #1610. Fiek CCTV Labor Jan - July 09 | 6,553.12 | 17,415.76 |
| 09/02/2009 | INV #1611. Fiek Main Agrno Labor Jan - July | 11,593.75 | 29,009.51 |
| 11/05/2009 | PMT #14045. Inv 1609 - 1611 | -29,009.51 | 0.00 |
| 12/30/2009 | INV #1669. Labor August - December 31, 2009 | 12,351.73 | 12,351.73 |
| 04/15/2010 | INV #1739. Fiek Labor January - March 2010 | 15,812.49 | 28,164.22 |
| 04/15/2010 | INV #1740. Materials & Tolls March 2010 | 19,696.89 | 47,861.11 |
| 04/29/2010 | PMT #1026. Inv #1669 | -12,351.73 | 35,509.38 |
| 05/13/2010 | PMT #1156. Inv 1739 & 1740 | -35,509.38 | 0.00 |
| 08/23/2010 | INV #1849. April - July Labor | 25,831.32 | 25,831.32 |
| 10/01/2010 | INV #1869. Aug - Sept Labor | 6,169.69 | 32,001.01 |
| | | | |
| | 1521 Buerger Road Sheaff Home/Harner Farm:Buerger Reid Harner Carriage House | | |
| 09/01/2009 | INV #1608. Fiek Labor & Materials Jan - July 09 | 3,871.01 | 35,872.02 |
| 11/05/2009 | PMT #14045. Inv 1608 | -3,871.01 | 32,001.01 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 6,169.69 | 0.00 | 25,831.32 | $32,001.01 |

Exhibit E

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

 **INVOICE**

| DATE | INVOICE NO. |
|------|-------------|
| 7/21/2010 | 1813 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stanton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
A/V System
Kaleidescape Additional Movies Balance

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 7/21/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | The New York Times Best DVDs | 7,689.00 | 7,689.00 |
| 1 | Preschool Collection | 1,129.00 | 1,129.00 |
| 1 | Family Collection | 1,617.60 | 1,617.60 |
| 1 | Kaleidescape's Critics 150 | 2,817.69 | 2,817.69 |
| 1 | Sports Collection | 1,590.13 | 1,590.13 |
| 1 | The Criterion Collection Catalog | 8,231.32 | 8,231.32 |
| 1 | Kaleidescape Starter Collection | 2,340.28 | 2,340.28 |
| 1 | Less Deposit Recieved on Invoice #1778 | -14,210.00 | -14,210.00 |

| | Subtotal | | $9,185.02 |
| | Sales Tax (6.0%) | | $551.10 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $9,736.12

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/13/2010 | 1842 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>Carriage House<br>Additional Work System Labor |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/13/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Additional Work Requested by Client Labor - June - July 2010 as per Attached Labor Time Report - Carriage/Guest House | 13,961.25 | 13,961.25 |
| 1 | Subcontracted Installation Labor - 6/26 - 29/10 | 1,822.80 | 1,822.80 |

|  | Subtotal | $15,784.05 | Sales Tax (6.0%) | $947.04 |
|--|----------|------------|------------------|---------|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** | **$16,731.09**

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# INVOICE — Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| INVOICE NO. | DATE |
|---|---|
| 1843 | 8/13/2010 |

**BILL TO:**
Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**
228 Mathers Road
Ambler, PA 19002
A/V System
Labor - June 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 8/13/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/A/V Rough, Trim & Final/Programming Labor - June 2010 as per Attached Labor Time Report | 77,472.40 | 77,472.40 |
| 2 | Subcontracted Programming Labor - SA | 125.00 | 250.00 |
| | 6/7 - 16/10 - Tolls - DR | 60.70 | 60.70 |
| | 6/21 - 7/2/10 Tolls - DR | 60.70 | 60.70 |
| | Total Reimbursable Expenses | | 121.40 |
| | Best Western DR 6/7/10 - 6/11/10 | 388.76 | 388.76 |
| | Best Western DR 6/14/10 - 6/18/10 | 388.76 | 388.76 |
| | Best Western DR 6/21/10 - 6/26/10 | 485.95 | 485.95 |
| | Total Reimbursable Expenses | | 1,263.47 |
| | Holiday Inn SK 5/24-5/27/10 | 324.27 | 324.27 |

| | | |
|---|---|---|
| | Subtotal | $79,433.54 |
| | Sales Tax (6.0%) | $4,663.34 |
| | **Total** | **$84,094.88** |

Past due accounts will be charged interest at a rate of 1.5096 per month or 18% per year.

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM  Fee = $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/13/2010 | 1844 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Labor July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/13/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Rough, Trim & Final/Programming Labor - July 2010 as per Attached Labor Time Report | 121,682.77 | 121,682.77 |
| 9 | Subcontracted Programming Labor - 7/8 - 26/10 - SA | 125.00 | 1,125.00 |
| | Tolls - 7/5 - 16/10 - DR | 60.70 | 60.70 |
| | Best Western DR 7/6/10 - 7/10/10 | 388.76 | 388.76 |
| | Best Western DR 6/28/10 - 7/2/10 | 388.76 | 388.76 |
| | Best Western DR 7/19 - 7/23 | 388.76 | 388.76 |
| | Total Reimbursable Expenses | | 1,166.28 |

| | | |
|---|---|---|
| Subtotal | | $7,368.47 |
| | Sales Tax (6.0%) | |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**   $131,403.22

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/18/2010 | 1848 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Materials and Equipment - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/18/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Visual Performance VP65S Extreme | 300.00 | 300.00 |
| | Freight PO 2728 Buerger 1520 | 32.45 | 32.45 |
| 2 | CS1® HDMI® Cable, 3.0 Meter - 9.84 Ft. | 25.00 | 50.00 |
| 5 | CS1 HDMI v1.4 Cable 5 meter | 35.00 | 175.00 |
| | PO 2729 Buerger 1520 | 16.36 | 16.36 |
| 50 | RCA Male Connector | 1.672 | 83.60 |
| | Freight PO 2657 | 1.08 | 1.08 |
| 1 | Cisco ASA 5505 Firewall Allpiance 50 User License | 574.99 | 574.99 |
| | Freight PO 2665 | 40.25 | 40.25 |
| 1 | Heavy duty Static Mount for Panasonic 85" | 616.55 | 616.55 |
| 1 | Outdoor AM/FM/HD Antenna Quad & Triplexer Kit | 225.99 | 225.99 |
| 1 | Heavy Duty Polyester Expandable Mesh Sleeving 4" Black | 166.86 | 166.86 |
| | Freight PO 2784 Buerger 1520 | 4.41 | 4.41 |
| | Sales Tax Paid PO 2784 Buerger 1520 | 11.99 | 11.99 |
| | Freight - CAT Speakers and Subwoofer | 180.00 | 180.00 |
| 1 | 1 Space (1 3/4") Rackmount 17" LCD Monitor with Keyboard and touch pad | 1,395.00 | 1,395.00 |
| 1 | PS2/USB Cords | 89.00 | 89.00 |
| | Freight PO 2787 Buerger 1520 | 31.91 | 31.91 |
| 1 | 10 meter HDMI Cable | 128.00 | 128.00 |
| 3 | Omni Pro II Remote Indoor Temp Sensor Flush | 32.20 | 96.60 |
| 3 | HAI Multi Stage & Heat Pump Thermostat WHITE | 228.85 | 686.55 |
| 15 | Cat6 Jack Ivory | 6.00 | 90.00 |
| 10 | Leviton "F" Module Ivory | 1.41 | 14.10 |
| 10 | Cat6 Jack Light Almond | 6.39 | 63.90 |
| | Sales Tax Paid PO 2798 Buerger 1520 | 3.83 | 3.83 |
| 5 | Cat6 Jack Light Almond | 6.39 | 31.95 |
| | Sales Tax Paid PO 2798 Buerger 1520 | 1.92 | 1.92 |
| 25 | Cat6 Jack Brown | 6.50 | 162.50 |
| | Sales Tax Paid PO 2798 Buerger 1520 | 9.75 | 9.75 |
| 6 | Leviton Decora Plate 6 port Brown | 3.10 | 18.60 |
| 15 | Cat6 Jack Light Almond | 6.39 | 95.85 |
| | Sales Tax Paid PO 2798 Buerger 1520 | 6.87 | 6.87 |
| 10 | Leviton "F" Module Light Almond | 1.65 | 16.50 |

| | Subtotal | | Sales Tax (6.0%) | |
|---|----------|---|------------------|---|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

## Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/18/2010 | 1848 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Materials and Equipment - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/18/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
|  | Sales Tax Paid PO 2798 Buerger 1520 | 0.99 | 0.99 |
| 20 | Leviton"F" Module Light Almond | 1.65 | 33.00 |
| 15 | Leviton "F" Module White | 1.41 | 21.15 |
| 5 | Leviton Decora Plate 6 port Ivory | 3.10 | 15.50 |
|  | Sales Tax Paid PO 2798 Buerger 1520 | 4.18 | 4.18 |
| 25 | Leviton "F" Module Brown | 1.55 | 38.75 |
| 25 | Leviton "F" Module Ivory | 1.41 | 35.25 |
|  | Sales Tax Paid PO 2798 Buerger 1520 | 4.44 | 4.44 |
| 5 | Leviton Blank Module Brown each | 1.31 | 6.55 |
| 4 | Leviton Blank Module Ivory each | 1.31 | 5.24 |
| 6 | Leviton Blank Module Light Almond 10 each | 1.50 | 9.00 |
| 3 | Leviton Blank Module White each | 1.55 | 4.65 |
| 6 | Leviton Decora Plate 6 port Brown | 3.10 | 18.60 |
| 15 | Leviton Decora Plate 6 port Light Almond | 3.20 | 48.00 |
| 5 | Leviton Decora Plate 6 port white | 3.10 | 15.50 |
| 10 | Leviton Cat5e Module Ivory | 3.65 | 36.50 |
| 10 | Leviton Cat5e Module Light Almond | 3.80 | 38.00 |
| 10 | Leviton Cat5e Module White | 3.65 | 36.50 |
| 15 | Cat6 Jack Ivory | 6.00 | 90.00 |
| 15 | Cat6 Jack white | 6.39 | 95.85 |
|  | Sales Tax Paid PO 2798 Buerger 1520 | 24.26 | 24.26 |
| 6 | Intelix Composite/Aud Over Twisted Pair | 35.71 | 214.26 |
|  | Freight PO 2809 Buerger 1520 | 1.47 | 1.47 |
| 1 | 5 1/4" two way Near Field Bookshelf Speakers black pair | 125.99 | 125.99 |
|  | Sales Tax Paid PO 2813 Buerger 1520 | 7.56 | 7.56 |
| 1 | Blue-ray DVD w/250GB storage, Internet Capable | 299.99 | 299.99 |
|  | Freight PO 2823 Buerger 1520 | 9.00 | 9.00 |
| 4 | Ditek 1 pair terminal strip 15V | 8.29 | 33.16 |
|  | Sales Tax Paid PO 2825 Buerger 1520 | 1.99 | 1.99 |
| 1 | Cat 5 to 4 Band Video (or 3 Video & 1 Digital Audio) Converter | 177.00 | 177.00 |
|  | Freight PO 2836 Buerger 1520 | 6.00 | 6.00 |
| 1 | 120/240 Split Phase, 3W+G, Enhanced Transient Filter | 540.00 | 540.00 |
|  | Freight PO 2725 | 10.59 | 10.59 |
| 1 | Systemax VLS 2U E5300/4GB/250 RAID1/DVDRW/ no OS | 729.99 | 729.99 |

| | Subtotal | Sales Tax (6.0%) | |
|---|----------|------------------|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** | |

**Frankentek Residential Systems LLC**

# INVOICE

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| DATE | INVOICE NO. |
|------|-------------|
| 8/18/2010 | 1848 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Materials and Equipment - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/18/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| | Freight PO 2771 | 23.40 | 23.40 |
| 1 | Microsoft Windows 7 Home Premium 32BIT Operating System Software - OEM DVD, English | 124.99 | 124.99 |
| 1 | 12 Multi band Smplifier | 64.99 | 64.99 |
| | Freight PO 2775 | 11.76 | 11.76 |
| 1 | Two AVO-V1-F Cat5 Balun | 42.96 | 42.96 |
| | Freight PO 2777 | 14.00 | 14.00 |
| 1 | Switched Rack PDU, 1U, 15A, 100/120V, (8) 5-15 (Remotely Manageable via IP and RS-232) | 362.00 | 362.00 |
| | Freight PO 2826 Buerger 1520 | 5.04 | 5.04 |
| | Sales Tax Paid PO 2826 Buerger 1520 | 21.72 | 21.72 |
| 1 | Variable Polar Pattern Low Profile Boundary Ceiling Microphone White | 138.99 | 138.99 |
| | Sales Tax Paid PO 2832 Buerger 1520 | 8.34 | 8.34 |
| 2 | Variable Polar Pattern Low Profile Boundary Ceiling Microphone White | 138.99 | 277.98 |
| 1 | MIO-R4-ZGW Remote (with Charging Cradle and ZigBee Gateway) | 817.50 | 817.50 |
| 2 | MOPAD Monitor Isolation Pads Charcoal | 38.00 | 76.00 |
| | Freight PO 2790 | 21.96 | 21.96 |
| 3 | Cat6 Feed-Thru 24 port Patch Panel | 129.00 | 387.00 |
| | Freight PO 2792 | 15.43 | 15.43 |
| 1 | 120/240 Split Phase, 3W+G, Enhanced Transient Filter | 540.00 | 2,160.00 |
| | Freight PO 2806 | 22.13 | 22.13 |
| 5 | Digital Wireless Headphone System | 199.99 | 999.95 |
| | Freight PO 2810 | 49.84 | 49.84 |
| 1 | Microsoft Windows XP Professional with Service Pack 2 - Complete Product OEM - PC | 129.99 | 129.99 |
| | Freight PO 2819 | 10.00 | 10.00 |
| 1 | 24 wire 24v Surge for twisted pair | 290.00 | 290.00 |
| 1 | DB9 connector for RS232 Surge | 90.00 | 90.00 |
| 4 | Surge supression for Amplifiers and Speakers | 95.00 | 380.00 |
| 1 | Cable, F Connector, 100Mbps, | 50.00 | 50.00 |
| | Freight PO 2827 | 13.89 | 13.89 |
| 1 | Catalyst 3560G 24 port L3 Gig Switch | 3,312.65 | 3,312.65 |
| | Sales Tax Paid PO 2850 | 198.76 | 198.76 |
| 1 | Power Over Ethernet, PoE Injector | 34.00 | 34.00 |

| | Subtotal | Sales Tax (6.0%) |
|---|----------|------------------|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/18/2010 | 1848 |

| BILL TO |
|---|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|---|
| 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Materials and Equipment - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 9/18/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Freight PO 2851 | 20.84 | 20.84 |
| 1 | Home Depot materials | 47.27 | 47.27 |
| 1 | Lowes Surge Protectors/ 4' box black | 59.58 | 59.58 |
| 1 | Best Buy / TV Cleaning kit/DVI To VGA adapter/HDMI cable | 66.22 | 66.22 |
| 1 | Power Supply for Stick On Units | 17.12 | 17.12 |
| | Freight PO 2863 Buerger 1520 | 8.19 | 8.19 |
| 1 | Mio Modero R-4 Remote Only | 497.50 | 497.50 |
| 1 | Netlinx ZigBee Pro Gateway | 300.00 | 300.00 |
| 4 | VP6S GRILLE pair | 32.00 | 128.00 |
| | Freight PO 2901 | 35.10 | 35.10 |
| 3 | Muting Monitor Amplifier- 2Watts | 64.292 | 192.88 |
| 3 | Power Supply for Stick On Units | 17.128 | 51.38 |
| | Freight PO 2900 Buerger | 9.07 | 9.07 |
| 1 | Lowes RG6 compression connector & 8 wasy 1 gz splitter | 22.22 | 22.22 |
| 3 | Battery 12VDC 7 Amp Hr from Inventory | 17.99 | 53.97 |
| 1 | Shipping Charges July 2010 | 128.56 | 128.56 |

| | | | |
|---|---|---|---|
| Subtotal | $19,954.44 | Sales Tax (6.0%) | $826.73 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**  $20,781.17

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6588
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2010 | 1838 |

**BILL TO**
Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**
225 Mathers Road
Ambler, PA 19002
A/V System
Labor August 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Final/Programming/Additional Work Requested By Client Labor - August 2010 as per Attached Labor Time Report | 37,644.73 | 37,644.73 |
| 1 | Additional Work Requested By Client Labor - August 2010 as per Attached Labor Time Report - Wire for Pentair and Sonarguard Devices | 2,199.10 | 2,199.10 |
| 1 | Additional Work Requested By Client Labor - August 2010 as per Attached Labor Time Report - Carriage House | 852.04 | 852.04 |
| 1 | Additional Work Requested By Client Labor - August 2010 as per Attached Labor Time Report - Install inline Amps and devices for Microphones | 3,175.68 | 3,175.68 |
| 1 | Additional Work Requested By Client Labor - August 2010 as per Attached Labor Time Report - Cisco WAP | 3,197.25 | 3,197.25 |
| 13.5 | Warranty Labor as per Attached Labor Time Report - $2,368.43 | 0.00 | 0.00 |
| 11.5 | Subcontracted Programming Labor - August 2010 | 125.00 | 1,437.50 |
|  | Tolls 7/19 - 23/10 - DR | 30.35 | 30.35 |
|  | Tolls -8/3 - 6/10 - Dr | 25.80 | 25.80 |
|  | Total Reimbursable Expenses |  | 56.15 |
|  | Best Western DR 8/4/10 - 8/6/10 | 194.38 | 194.38 |
|  | Best Western DR 7/13/10 - 7/16/10 | 388.76 | 388.76 |
|  | Total Reimbursable Expenses |  | 583.14 |

| | Subtotal | $49,145.59 | Sales Tax (6.0%) | $2,910.38 |
|--|----------|------------|------------------|-----------|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $52,055.97

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1867 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
A/V System
Labor - September 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Final/Programming/Additional Work Requested By Client Labor - September 2010 as per Attached Labor Time Report | 43,995.91 | 43,995.91 |
| 15.5 | Warranty Labor as per Attached Labor Time Report - $2,710.31 | 0.00 | 0.00 |

| | | |
|--|--|--|
| Subtotal | $43,995.91 | Sales Tax (8.0%) | 52,639.75 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** | **$46,635.66**

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems Ltd

798 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1868 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stanton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
A/V System
Materials and Equipment - September 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Night Camera Housing Mount Engineering | 2,000.00 | 2,000.00 |
| 1 | Extended Service SmartNet Agreement 8X5XNBD | 337.98 | 337.98 |
| | Freight PO 2850 | 20.26 | 20.26 |
| 12 | USDM CD/DVD CAKEBOX 100 DISC BLACK BOTTOM | 0.97 | 11.64 |
| | Freight PO 2867 | 18.91 | 18.91 |
| 1 | HDMI v1.3 A/A Coupler | 9.19 | 9.19 |
| 1 | HDMI v1.3 Flat Inwall Cable 9ft | 8.19 | 8.19 |
| | PO 2879 | 9.99 | 9.99 |
| 5 | Cisco Aironet 1131AG 108Mbps 802.11a/b/g Wireless | 454.68 | 2,273.40 |
| | 10/100BASE-TX access point | | |
| | PO 2890 | 27.04 | 27.04 |
| 5 | Cisco SMARTnet extended service agreemnt - 1 year for Cisco | 59.99 | 299.95 |
| | Aironet 1131AG | | |
| | PO 2890 | 21.00 | 21.00 |
| | Sales Tax Paid PO 2890 | 161.03 | 161.03 |
| 3 | DB9 connector for RS232 Surge | 90.00 | 270.00 |
| | Freight PO 2931 | 4.17 | 4.17 |
| 3 | Adjustable Gain Microphone Preamplifier - 35 to 65 dB gain | 107.8648 | 323.59 |
| | Freight PO #2968/Buerger Reid | 40.26 | 40.26 |
| | Shipping Charges September 2010 | 9.34 | 9.34 |
| 1 | Cat 5 Enhanced Green from Inventory | 123.98 | 123.98 |
| 1 | Cat6 Plus Cable White from Inventory | 187.98 | 187.98 |
| 5 | Carlon Round 4" Ceiling Box from Inventory | 2.59 | 12.95 |
| 1 | Lutron Green Wire Plenum Rated from Inventory | 367.40 | 367.40 |
| 1 | 22/4 Sol 500' white from Inventory | 42.45 | 42.45 |
| 4 | Leviton Blank Module Ivory each from Inventory | 0.2254 | 0.90 |
| 2 | Cat5E Gigamax Quickport Snap In Module White from Inventory | 3.20 | 6.40 |
| 2 | Leviton Decora Plate 3 port white from Inventory | 2.70 | 5.40 |
| 12 | RCA Solder Connector for RGB Cable Black from Inventory | 1.05 | 12.60 |
| 1 | 18/4 SOL FPL 500' Red from Inventory | 85.26 | 85.26 |
| 1 | 14" UV Black Cable Ties from Inventory | 68.08 | 204.24 |
| 1 | 11" UV Black Cable Ties from Inventory | 53.88 | 53.88 |
| 1 | Platinum RJ12/11 Connectors from Inventory | 53.34 | 53.34 |
| 1 | Power Supply from Inventory | 34.95 | 34.95 |

| | Subtotal | | |
|--|----------|--|--|
| | | Sales Tax (0.0%) | |
| | | **Total** | |

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

**Frankentek Residential Systems LLC**
796 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1868 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Materials and Equipment - September 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 3 | Essential SurgeArrest, 6 outlet power strip from Inventory | 8.99 | 26.97 |
| 1 | 16/4 65 strand oxygen free Speaker Cable from Inventory | 251.98 | 251.98 |
| 2 | Cat 5 Enhanced Green from Inventory | 123.98 | 247.96 |
| 1 | Omni Pro II Remote Indoor Temp Sensor Flush from Inventory | 64.40 | 64.40 |
| 2 | White Tape 3/4" X 60' from Inventory | 1.09 | 2.18 |
| 2 | in Line Fuse Holder from Inventory | 3.05 | 6.10 |

| | Subtotal | (Sales Tax 6.0%) | $285.11 |
|--|----------|------------------|---------|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** | **$7,922.39** |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO |
|------|------------|
| 11/17/2010 | 1922 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road
Ambler, PA 19002
A/V System
Labor – October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Final/Programming/Service Labor - October 2010 as per Attached Labor Time Report | 30,687.19 | 30,687.19 |
| 1.5 | Subcontracted Programming Labor | 125.00 | 187.50 |

|  | Subtotal | $30,874.69 | Sales Tax (6.0%) | $1,852.48 |
|--|----------|------------|------------------|-----------|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | $32,727.17 |
|---|---|---|

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1923 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road<br>Ambler, PA 19002<br>A/V System<br>Equipment - October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | IR Remote Control AV Preamp | 192.75 | 192.75 |
| | Freight PO #3006/Buerger Reid 1520 | 28.05 | 28.05 |
| | Shipping Charges 10/15/10 | 7.46 | 7.46 |
| | Shipping Charges 10/29/10 | 5.96 | 5.96 |
| | Total Reimbursable Expenses | | 13.42 |

| | Subtotal | $234.22 | Sales Tax (6.0%) | $11.57 |
|--|----------|---------|------------------|--------|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | **$245.79** |
|---|---|---|

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

Volcanic Residential Systems LLC

Stokes Road

dford, NJ 08055

609-654-6855

Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/12/2010 | 1341 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
Security System
Labor Materials and Equipment
July 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/12/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Project Management/Security Trim & Final Labor - July 2010 as per Attached Labor Time Report | 10,719.06 | 10,719.06 |
| 4 | Standard-Wall Aluminum Threaded Pipe Nipple 1-1/2" Pipe Size, 4" L, 23/32" Thrd Length, Sch 40 | 5.88 | 23.52 |
| 4 | Low-Pressure Aluminum Threaded Pipe Fitting 1-1/2" Pipe Size X 5" OD, Threaded Flange | 21.93 | 87.72 |
| 4 | 18-8 Stainless Steel Hex Head Lag Screw 1/2" Diameter, 1-1/2" Length, packs of 5 | 4.79 | 19.16 |
| 1 | 18-8 SS Pan Head Phillips Sheet Metal Screw No 10 Size, 1-1/2" Length, packs of 50 | 6.32 | 6.32 |
| 1 | 18-8 SS General Purpose Flat Washer No. 10 Screw Size, 7/16" OD, .02"-.04" Thick, packs of 100 | 2.23 | 2.23 |
| | Freight PO 2749 Buerger 1524 | 5.62 | 5.62 |
| | Sales Tax Paid PO 2749 Buerger 1524 | 10.12 | 10.12 |
| 1 | Unitized PTZ Camera 1/4" color DSP, 22x Zoom Lens, 510 lines | 1,011.00 | 1,011.00 |
| | Freight PO 2773 Buerger 1524 | 15.77 | 15.77 |
| 2 | EX12LED BLACK DIAMOND ILLUMINATOR, 850 NM, WIDE BEAM 60DEG | 217.00 | 434.00 |
| | PO 2773 Buerger 1524 | 9.64 | 9.64 |
| 2 | Smoke 2 wire w/sounder | 37.50 | 75.00 |
| 1 | Smoke 4 wire w/sounder | 39.50 | 39.50 |
| 1 | OnQ/Legrand 28" Enclosure w/screw on door | 65.99 | 65.99 |
| 4 | Heat Detector 194 FXD/RDR | 9.39 | 37.56 |
| | Sales Tax Paid PO 2793 Buerger 1524 | 2.25 | 2.25 |
| 1 | Omni Pro II 16 Zone Expansion Module w/enclosure | 212.75 | 212.75 |
| | Sales Tax Paid PO 2793 Buerger 1524 | 12.77 | 12.77 |
| 4 | Aluminum Threaded Pipe Nipple 1 1/2" diameter 2" length | 3.50 | 14.00 |
| | Freight PO 2794 Buerger 1524 | 4.26 | 4.26 |
| 1 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 34.50 |
| | Sales Tax Paid PO 2803 Buerger 1524 | 2.07 | 2.07 |
| 1 | HAI Multi Stage & Heat Pump Thermostat WHITE | 228.85 | 228.85 |
| 4 | Smoke 4 wire w/sounder | 39.50 | 158.00 |
| 5 | Heat Detector 194 FXD/RDR | 9.39 | 46.95 |
| 1 | Siren Speaker Flush | 6.39 | 6.39 |

| | Subtotal | | |
|--|----------|--|--|
| | Sales Tax (6.0%) | | |
| | **Total** | | |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**nkentek Residential Systems LLC**
Stokas Road
dford, NJ 08055
509-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/12/2010 | 1841 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>Security System<br>Labor Materials and Equipment<br>July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/12/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | HAI Recessed Door/Window Wireless Contact | 34.50 | 34.50 |
| 1 | Honeywell PIR Sensor 35 meter | 18.50 | 18.50 |
| | Sales Tax Paid PO 2803 Buerger 1524 | 29.89 | 29.89 |
| 6 | Surge Supression for Composite Video BNC | 80.00 | 480.00 |
| 1 | Indoor wall mount for CS954 & CS574 dome camera, Silver | 155.00 | 155.00 |
| | Freight PO 2866 Buerger 1524 | 9.46 | 9.46 |
| 8 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 276.00 |
| 2 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 69.00 |
| 1 | Unitized Camera 1/4" SDIII Color D9P, 30x Zoom Lens, Auto Tracking, Day/Night, 540 TVL In Clr | 1,441.00 | 1,441.00 |
| | Freight PO 2883 Buerger 1524 | 15.56 | 15.56 |

| | Subtotal | $15,913.61 | Sales Tax (6.0%) | $856.77 |
|--|----------|-----------|------------------|---------|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $16,700.38

# Frankentek Residential Systems LLC

706 Stokes Road
Medford, NJ 08055
609-654-6883
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2010 | 1857 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>Security System<br>Materials and Equipment - August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Security System Final/Programming/Additional Work Requested<br>By Client Labor - August 2010 as per Attached Labor Time Report -<br>Additional Work - Added Wireless contacts and reprogrammed and<br>tested per Client Request | 4,244.73 | 4,244.73 |
| 10 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 345.00 |
| 10 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 345.00 |
| 10 | Surface Mount Mini Door/Window Wireless Contact | 34.50 | 345.00 |
| 20 | 945 Magnet Assembly Only white | 0.90 | 18.00 |
| | Sales Tax Paid PO 2918 Buerger 1524 | 1.06 | 1.08 |
| 1 | 64 channel Wireless Receiver | 102.35 | 102.35 |
| 8 | Intellisense Glassware Round Flush Mount | 37.50 | 300.00 |
| 3 | Vanishing Wireless Contact | 25.99 | 77.97 |
| 1 | HAI Indoor/Outdoor Temp Sensor | 36.80 | 36.80 |

| | | | |
|--|--|--|--|
| | Subtotal | $5,815.93 | |
| | | Sales Tax (6.0%) | $347.81 |

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

**Total** $6,163.74

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6868
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1866 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stanton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
Security System
Labor and Equipment - September 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Security Final Labor - September 2010 as per Attached Labor Time Report | 5,120.48 | 5,120.48 |
| 3 | Altronix relay module Sensitive 12VDC | 7.50 | 22.50 |
|  | Sales Tax Paid PO #3046/Buerger Reid | 1.35 | 1.35 |
| 1 | Altronix relay module Sensitive 12VDC | 7.404 | 7.40 |
|  | Sales Tax Paid PO #3046/Buerger Reid | 0.45 | 0.45 |

| | Subtotal | $5,152.23 | Sales Tax (6.0%) | $307.23 |
|--|----------|-----------|------------------|--------|

| | **Total** | **$5,459.41** |
|--|-----------|--------------|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO |
|------|------------|
| 11/17/2010 | 1921 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road<br>Ambler, PA 19002<br>Security System<br>Labor - October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Project Management/Security Final/Service Labor - October 2010 as per Attached Labor Time Report | 2,965.64 | 2,965.64 |

| | Subtotal | $2,965.64 |
|--|----------|-----------|
| | Sales Tax (6.0%) | $177.94 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $3,143.58

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee =$33.00

# Frankentek Residential Systems LLC

**INVOICE**

708 Stokes Road.
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| DATE | INVOICE NO. |
|------|-------------|
| 8/12/2010 | 1840 |

**BILL TO**
Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**
225 Mathers Road
Ambler, PA 19002
Phone System
Labor Materials and Equipment
July 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/12/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Phone Final Labor - July 2010 as per Attached Labor Time Report | 1,609.96 | 1,609.96 |
| 2 | Panasonic 24 BTN LCD 6 line Back lite Display Speaker Phone Black | 177.66 | 355.32 |
|  | Freight PO 2848 Buerger 1525 | 11.55 | 11.55 |
| 2 | 4 pair RJ45 connector 190V, 16Mbps | 120.00 | 240.00 |

|  | Subtotal |  | $132.32 |
|---|----------|---|---------|

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

**Total** $2,349.15

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee - $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2010 | 1855 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
Phone System
Materials and Equipment – August 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Phone System Programming Labor – August 2010 as per Attached Labor Time Report | 892.90 | 892.90 |
| 1 | 4 pair RJ45 connector, 190V, 16Mbps, UL497A, 2kA, PO 2931 | 120.00 | 120.00 |
|  |  | 4.17 | 4.17 |

| | | Subtotal | | $68.77 |
|---|---|---|---|---|
| | | Sales Tax (6.0%) | | |
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** | | **$1,077.84** |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6998
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1864 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
Phone System
Labor - September 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Phone Final Labor - September 2010 as per Attached Labor Time Report | 819.46 | 819.46 |

|  |  | Subtotal | $819.46 | Sales Tax (6.0%) | $49.17 |
|--|--|----------|---------|------------------|--------|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**  $868.63

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee =$33.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1920 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road<br>Ambler, PA 19002<br>Phone System<br>Labor - October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Phone Final Labor - October 2010 as per Attached Labor Time Report | 126.23 | 126.23 |

| | Subtotal | $126.23 | Sales Tax (6.0%) | $7.57 |
|---|----------|---------|------------------|-------|

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

| **Total** | **$133.80** |
|-----------|-------------|

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

[illegible] Systems LLC
708 Stokes Road
Medford, NJ 08055
609-654-8888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/12/2010 | 1839 |

| BILL TO |
|---|
| Mr. and Mrs. Reid Buerger<br>91 Stanton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|---|
| 225 Mathers Road<br>Ambler, PA 19002<br>Lutron System<br>Labor Materials and Equipment<br>June - July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 8/12/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Lutron Rough, Trim & Final/Programming Labor - June 2010 as per Attached Labor Time Report | 9,720.36 | 9,720.36 |
| 1 | Lutron Final/Additional Work Requested By Client Labor - July 2010 as per Attached Labor Time Report | 5,331.44 | 5,331.44 |
| 6 | Lamp Plug for Dimming Use Brown | 12.00 | 72.00 |
| 5 | Lamp Plug for Dimming Use White | 12.00 | 60.00 |
| 1 | Auxiliary Power Supply in 17" Enclosure | 350.00 | 350.00 |
| 19 | Lamp Plug for Dimming Use Brown | 12.00 | 228.00 |
| 10 | Lamp Plug for Dimming Use Brown | 12.00 | 120.00 |
| 4 | Nova T 1 gang Plate Beige | 5.10 | 20.40 |
| 1 | Nova T 1 gang Plate Ivory | 5.10 | 5.10 |
| | Freight PO 2805 Buerger 1529 | 7.50 | 7.50 |
| | Freight PO 2805 Buerger 1529 | 5.03 | 5.03 |
| 2 | RPM, 4 Zones, 1920 watts, dimming | 287.50 | 575.00 |
| 1 | Power booster interface | 126.00 | 126.00 |
| 5 | Lamp Plug for Dimming Use White | 12.00 | 60.00 |
| | Freight PO 2824 Buerger 1529 | 5.17 | 5.17 |
| 1 | Seetouch Architectural Engraved Plate Beige | 35.00 | 35.00 |
| 2 | Custom Faceplate Engraved | 60.00 | 120.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 2 | Custom Faceplate Engraved | 60.00 | 120.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 7 | Custom Faceplate Engraved | 60.00 | 420.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 2 | Custom Faceplate Engraved | 60.00 | 120.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 5 | Custom Faceplate Engraved | 60.00 | 300.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 4 | Custom Faceplate Engraved | 60.00 | 240.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |

Tax (8.0%)

Past due accounts will be charged [illegible] or 18% per year

Total [illegible]

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**...nkentek Residential Systems LLC**
...08 Stokes Road
Medford, NJ 08055
609-654-5888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/12/2010 | 1839 |

**BILL TO**

Mr. and Mrs. Reid Buerger
91 Stanton Avenue
Plymouth Meeting, PA 19462

**RE:**

225 Mathers Road
Ambler, PA 19002
Lutron System
Labor Materials and Equipment
June – July 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/12/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 15 | Custom Faceplate Engraved | 60.00 | 900.00 |
| 1 | RPM, 4 Zones, 1920 watts, dimming | 287.50 | 287.50 |
| 2 | RPM, 4 Zones, 1920 watts, dimming | 287.50 | 575.00 |
| 4 | Lamp Plug for Dimming Use from Inventory | 12.00 | 48.00 |

| | | | |
|---|---|---|---|
| | Subtotal | $20,451.50 | |
| | | Sales Tax (6.0%) | $1,226.03 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**  $21,677.53

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:45 PM, Fee = $95.00

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/26/2010 | 1856 |

| BILL TO |
|---|
| Mr, and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| RE: |
|---|
| 225 Mathers Road<br>Ambler, PA 19002<br>Lutron System<br>Materials and Equipment - August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 9/08/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Lutron Final Labor - August 2010 as per Attached Labor Time Report | 271.59 | 271.59 |
| 2 | Custom Faceplate Engraved | 60.00 | 120.00 |
| 3 | Custom Faceplate Engraved | 60.00 | 180.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 3 | Custom Faceplate Engraved | 60.00 | 180.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Custom Faceplate Engraved | 60.00 | 60.00 |
| 1 | Wide 5-button with master on/off White | 225.00 | 225.00 |
| 1 | Wallbox for HWI-KP5-DW | 10.00 | 10.00 |
| | PO 2967 Buerger 1529 | 5.17 | 5.17 |
| 1 | Custom Faceplate 2 gang Beige | 70.00 | 70.00 |

| | | |
|---|---|---|
| Subtotal | [illegible] | |
| Sales Tax [illegible] | | 577.80 |
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | Total | $1,379.56 |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-8888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 1865 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger |
| 91 Stenton Avenue |
| Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road |
| Ambler, PA 19002 |
| Lutron System |
| Labor - September 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Lutron Final Labor - September 2010 as per Attached Labor Time Report | 2,601.19 | 2,601.19 |
| | Subtotal | | |
| | Sales Tax (6.0%) | | $156.07 |
| | **Total** | | **$2,757.26** |

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

# INVOICE

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1918 |

| BILL TO | RE: |
|---------|-----|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 | 225 Mathers Road<br>Ambler, PA 19002<br>Lutron System<br>Labor - October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 11/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Lutron Final Labor - October 2010 as per Attached Labor Time Report | 208.47 | 208.47 |

|  | Subtotal | $208.47 | Sales Tax (6.0%) | $12.51 |
|--|----------|---------|-----------------|--------|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | $220.98 |
|------|------|------|

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Frankentek Residential Systems LLC

**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1919 |

| BILL TO |
|---------|
| Mr. and Mrs. Reid Buerger |
| 91 Stenton Avenue |
| Plymouth Meeting, PA 19462 |

| RE: |
|-----|
| 225 Mathers Road |
| Ambler, PA 19002 |
| Lutron System |
| Equipment - October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 12/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Custom Double Gang Face Plate | 85.00 | 85.00 |
| 1 | Set-up charge for custom plate | 100.00 | 100.00 |
| 1 | Seetouch 6 button kit engraved (Choose  color) | 32.50 | 32.50 |
| 1 | Seetouch Architectural Custom Engraved Plate brown | 60.00 | 60.00 |
| 1 | Custom Engraved Button Kit only Choose Color | 60.00 | 60.00 |
|   | PO #3012/Buerger Reid 1529 | 5.17 | 5.17 |

| | Subtotal | $342.67 | Sales Tax (6.0%) | $20.25 |
|---|---|---|---|---|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | **$362.92** |
|---|---|---|