Exhibit F

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

# Statement

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| Date |
|---|
| 12/31/2010 |

To:
Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

| Amount Due | Amount Enc |
|---|---|
| $402,333.46 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | 1520 Buerger Reid 225 Mathers Rd A/V - | | |
| 12/31/2009 | INV #1711. Ftek Labor Dec 2009 | 4,061.23 | 4,061.23 |
| 03/31/2010 | INV #1725. Materials | 32,162.59 | 36,223.82 |
| 04/09/2010 | INV #1728. 50% Deposit of TVs | 21,239.20 | 57,463.02 |
| 04/15/2010 | INV #1741. Materials April 1 - 14 ADA & Marantz | 24,695.94 | 82,148.96 |
| 04/21/2010 | INV #1747. Ftek Labor January 2010 | 11,103.14 | 93,252.10 |
| 04/21/2010 | INV #1748. Ftek Labor Feb 2010 | 45,658.63 | 138,910.73 |
| 04/21/2010 | INV #1749. Ftek Labor March 2010 | 34,045.84 | 172,956.57 |
| 04/22/2010 | INV #1753. 50% Deposit for Kaleidescape | 17,971.77 | 190,928.34 |
| 04/28/2010 | INV #1754. Runco & 85' TVs Balance | 21,335.21 | 212,263.55 |
| 04/28/2010 | PMT #1056. Inv. 1711 | -4,061.23 | 208,202.32 |
| 05/11/2010 | INV #1764. Materials | 44,461.88 | 252,664.20 |
| 05/13/2010 | PMT #1124. Inv. 1725 - 1754 | -208,202.32 | 44,461.88 |
| 05/20/2010 | INV #1767. Balance of Kaleidescape | 18,361.54 | 62,823.42 |
| 06/01/2010 | INV #1766. Materials & Equipment | 44,226.44 | 107,049.86 |
| 06/08/2010 | INV #1778. Kaleidescape Addtl Movies | 15,062.60 | 122,112.46 |
| 06/10/2010 | PMT #1245. Inv. 1764 - 1767 | -107,049.86 | 15,062.60 |
| 06/18/2010 | PMT #1272. Inv. #1778 | -15,062.60 | 0.00 |
| 06/24/2010 | INV #1798. April 2010 | 61,406.96 | 61,406.96 |
| 06/24/2010 | INV #1799. May Labor 2010 | 70,835.06 | 132,242.02 |
| 06/29/2010 | INV #1803. Materials May - June 2010 | 43,227.16 | 175,469.18 |
| 07/19/2010 | PMT #1361. Inv. 1798 - 1803 | -175,469.18 | 0.00 |
| 07/21/2010 | INV #1813. Balance of Kaleidescape Upgrade | 9,736.12 | 9,736.12 |
| 08/13/2010 | INV #1842. Carriage House | 16,731.09 | 26,467.21 |
| 08/13/2010 | INV #1843. June labor | 84,094.88 | 110,562.09 |
| 08/13/2010 | INV #1844. July Labor & Expenses | 131,403.22 | 241,965.31 |
| 08/19/2010 | INV #1848. Materials July 2010 | 20,781.17 | 262,746.48 |
| 09/28/2010 | INV #1858. August Labor & Expenses | 52,055.97 | 314,802.45 |
| 09/30/2010 | INV #1867. Sept Labor | 46,635.66 | 361,438.11 |
| 09/30/2010 | INV #1868. Sept Materials | 7,922.39 | 369,360.50 |
| 11/17/2010 | INV #1922. October | 32,727.17 | 402,087.67 |
| 11/17/2010 | INV #1923. Materials | 245.79 | 402,333.46 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 32,972.96 | 0.00 | 106,614.02 | 262,746.48 | $402,333.46 |

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# Statement

| Date |
|---|
| 12/31/2010 |

To:
Mr. and Mrs. Reid Baerger
92 Stenton Avenue
Plymouth Meeting, PA 19462

| | Amount Due | Amount Enc |
|---|---|---|
| | $31,467.31 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | 624 Baerger Reid Masters Security | | |
| 04/16/2010 | INV #1742, Ftok Labor Jan - March 10 | 26,110.70 | 26,110.70 |
| 04/16/2010 | INV #1743, Security Materials Jan - March 10 | 4,992.62 | 31,103.32 |
| 05/12/2010 | INV #1765, Security Materials | 13,353.93 | 44,457.25 |
| 05/11/2010 | PMT #1124, Inv. 1742 & 1743 | -31,103.32 | 13,353.93 |
| 06/10/2010 | PMT #1245, Inv. 1765 | -13,353.93 | 0.00 |
| 06/29/2010 | INV #1801, Labor April - June 2010 | 5,732.55 | 5,732.55 |
| 07/19/2010 | PMT #1361, Inv. 1801 | -5,732.55 | 0.00 |
| 08/12/2010 | INV #1841, Security Labor & Materials July 2010 | 16,700.38 | 16,700.38 |
| 09/28/2010 | INV #1857, August Labor & Materials | 6,163.74 | 22,864.12 |
| 09/30/2010 | INV #1866, Sept Labor & Materials | 5,459.41 | 28,323.53 |
| 11/01/2010 | INV #1921, October Labor | 3,143.58 | 31,467.11 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,143.58 | 0.00 | 11,623.15 | 16,700.38 | $31,467.11 |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# Statement

| Date |
|---|
| 12/31/2010 |

| To: |
|---|
| Mr. and Mrs. Reid Buerger<br>91 Stenton Avenue<br>Plymouth Meeting, PA 19462 |

| Amount Due | Amount Enc |
|---|---|
| $4,429.42 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | 1525 Buerger Reid Mathers Phone System- | | |
| 04/20/2010 | INV #1744. Phone Materials | 6,230.67 | 6,230.67 |
| 04/20/2010 | INV #1745. Phone Labor Feb - April 10, 2010 | 4,807.37 | 11,038.04 |
| 05/13/2010 | PMT #1124. Inv. 1744 & 1745 | -11,038.04 | 0.00 |
| 08/12/2010 | INV #1840. Phone System Labor & Materials July | 2,349.15 | 2,349.15 |
| 09/28/2010 | INV #1855. August Labor & Materials | 1,077.84 | 3,426.99 |
| 09/30/2010 | INV #1864. Sept Labor | 868.63 | 4,295.62 |
| 11/17/2010 | INV #1920. | 133.80 | 4,429.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 133.80 | 0.00 | 1,946.47 | 2,349.15 | $4,429.42 |

Case# 2011-04587-0 Received at Montgomery County Prothonotary on 02/24/2011 3:43 PM, Fee = $33.00

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

## Statement

| Date |
|---|
| 12/31/2010 |

To:
Mr. and Mrs. Reid Buerger
91 Stenton Avenue
Plymouth Meeting, PA 19462

| | Amount Due | Amount Enc |
|---|---|---|
| | $26,398.25 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | 1529 Buerger Reid Mathers Lutron Lighting- | | |
| 06/29/2010 | INV #1802, Lutron Labor April - May & Materials | 25,499.36 | 25,499.36 |
| 07/19/2010 | PMT #1361, Inv. 1802 | -25,499.36 | 0.00 |
| 08/12/2010 | INV #1839, Lutron Labor June - July & Materials | 21,677.53 | 21,677.53 |
| 09/28/2010 | INV #1856, August Labor & Materials | 1,379.56 | 23,057.09 |
| 09/30/2010 | INV #1865, Lutron Sept | 2,757.26 | 25,814.35 |
| 11/17/2010 | INV #1918, October Labor | 220.98 | 26,035.33 |
| 11/17/2010 | INV #1919, Lutron Materials | 362.92 | 26,398.25 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 583.90 | 0.00 | 4,136.82 | 21,677.53 | $26,398.25 |

Exhibit G

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials - May - June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | B6R 5/8" AS Round Panel Bracket per pair NEW VERSION | 160.00 | 160.00 |
|  | Freight PO 2625 Buerger 4301 | 31.68 | 31.68 |
| 5 | SD 5, DAY/NIGHT, VANDAL-RESISTANT, SURFACE MOUNT, 650TVL, 3.8-8MM VARI-FOCAL LENS | 185.00 | 925.00 |
| 1 | Camera Weather & Vandal Proof SDIII PTZ | 1,930.00 | 1,930.00 |
|  | Freight PO 2628 Buerger 4301 | 77.85 | 77.85 |
| 5 | Super Dynamic 5 vandal-resistant fixed dome camera, surface moun | 433.00 | 2,165.00 |
| 1 | Matrix switcher | 778.00 | 778.00 |
|  | Freight PO 2628 Buerger 4301 | 43.80 | 43.80 |
| 1 | CB-TP5i Rough-In Box for NXD-500i, NXD-435 and NXD-430 Touch Panels | 88.00 | 88.00 |
| 1 | CB-TP5ib | 35.00 | 35.00 |
|  | Freight PO 2639 Buerger 4301 | 54.91 | 54.91 |
| 25 | Leviton Cat5e Module White | 3.32 | 83.00 |
| 1 | Flame-Retardant Polyolefin Heat-Shrink Tubing 1" ID Before, 1/2" ID After, 25' L, Black | 24.91 | 24.91 |
|  | Freight PO 2673 Buerger 4301 | 4.49 | 4.49 |
|  | Sales Tax Paid PO 2673 Buerger 4301 | 2.05 | 2.05 |
| 20 | BNC female to female Adapter each | 0.38 | 7.60 |
| 28 | SeeTouch no buttons & no faceplate | 115.00 | 3,220.00 |
| 5 | UB4R Universal Bracket Round | 170.00 | 850.00 |
| 4 | VP65R EXTREME | 300.00 | 1,200.00 |
| 8 | SONAFILL IN-CEILING | 80.00 | 640.00 |
| 1 | Z6R Architectural Series pair | 630.00 | 630.00 |
| 1 | A6RMT METAL GRILLES W/TRIM PF | 53.20 | 53.20 |
|  | Freight PO 2695 Buerger 4301 | 420.01 | 420.01 |
| 1 | Panasonic Doorphone White | 27.50 | 27.50 |
| 2 | Sonamp 1230 Rack Mount | 675.00 | 1,350.00 |
| 1 | Faceplate for 1250 amp | 45.00 | 45.00 |
| 4 | Rack Mount Plate for Sonamp 1230 | 28.00 | 112.00 |
| 2 | A800 subwoofer amplifier Rack Mount Kit 2sp | 18.00 | 36.00 |
|  | Subtotal | Sales Tax (7.0%) |  |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials – May – June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | A6RC CLOTH GRILLES PF | 50.00 | 50.00 |
|  | Freight PO 2711 Buerger 4301 | 244.21 | 244.21 |
| 1 | Xantech Mouse Emitters 10 pack | 72.00 | 72.00 |
| 10 | Xantech flasher cover | 1.55 | 15.50 |
| 100 | BNC female to female Adapter each | 0.38 | 38.00 |
| 1 | 5.2" Modero® ViewPoint® Touch Panel with Intercom Gloss White | 2,100.00 | 2,100.00 |
| 1 | Table Charging Station for 5.2" Modero Touch Panels MVP-TCS-52-GW Gloss white | 300.00 | 300.00 |
| 1 | 5" Modero® Wall/Flush Mount Touch Panel with Intercom | 1,150.00 | 1,150.00 |
| 1 | 37 SPACE (64 3/4"), 31" DEEP GANGABLE RACK WITH REAR DOOR, BLACK FINISH | 564.90 | 564.90 |
| 1 | Skirted Wheelbase for 31" deep MRK | 100.32 | 100.32 |
| 1 | 37 SPACE (64 3/4") MRK/VRK ADDITIONAL RAIL KIT | 50.09 | 50.09 |
| 1 | PAIR OF SIDE PANELS, FITS MRK-3731 & WRK-37-32, BLACK FINISH | 324.81 | 324.81 |
|  | Freight PO 2709 Buerger 4301 | 179.20 | 179.20 |
| 1 | Round Lacing Bars 1.5" offset pack of 10 | 47.80 | 47.80 |
| 1 | Lace Bar Horizontal 10 Pack | 21.25 | 21.25 |
| 5 | Brush Grommet Panel 1 space | 28.63 | 143.15 |
| 1 | 12 PC. VT1 Panels | 96.60 | 96.60 |
|  | Freight PO 2700 Buerger 4301 | 13.41 | 13.41 |
| 2 | 10-32 x 3/4 Captive Washer Screw 500 Pk | 79.91 | 159.82 |
| 1 | EX27 D/N 550TVL 5-50MM BLACK NTSC | 679.00 | 679.00 |
|  | Freight PO 2628 Buerger 4301 | 16.71 | 16.71 |
| 2 | Cat 5e Feed thru patch panel 16 port | 83.418 | 166.84 |
| 2 | 16 Port Panel w/"F" Connector Feed-Thru | 64.878 | 129.76 |
|  | Freight PO 2717 Buerger 4301 | 37.44 | 37.44 |
| 15 | Solid PVC Wire Duct 4" Width X 4" Height 2 meter | 65.82 | 987.30 |
|  | Freight PO 2721 Buerger 4301 | 61.20 | 61.20 |
|  | Sales Tax Paid PO 2721 Buerger 4301 | 73.39 | 73.39 |
| 2 | Converts Optical Audio to Coax Audio | 60.75 | 121.50 |
| 75 | Gold Plated Banana Speaker Plug Red/Black | 6.99 | 524.25 |
|  | Freight PO 2718 | 9.40 | 9.40 |

| | Subtotal | Sales Tax (7.0%) | |
|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | Total | |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials - May - June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Instrument Box | 128.50 | 128.50 |
| 1 | Cam Lock w/two keys Mier | 4.29 | 4.29 |
| 2 | AEGIS Intelligent-IR UFled Illuminator | 836.00 | 1,672.00 |
|  | Freight PO2628 Buerger 4301 | 9.50 | 9.50 |
| 1 | Altronix 12volt 7amp Battery | 21.69 | 21.69 |
| 2 | Vent panel 1 space, 12 pak | 96.60 | 193.20 |
| 1 | Lacing Bars L Shaped with 4" Offset 10 per pkg | 40.52 | 40.52 |
| 1 | L Shaped Lacing Bar with 2" Offset 10 per pk | 36.44 | 36.44 |
| 4 | Rear Rack Rail Kit 44sp | 48.64 | 194.56 |
|  | Freight PO 2726 Buerger 4301 | 85.66 | 85.66 |
| 2 | Axis 241Q Video Server | 736.68 | 1,473.36 |
| 4 | Removable rack Ear for NI-3100 | 4.128 | 16.51 |
| 8 | Rack Mount Screw for NI-3100 | 0.418 | 3.34 |
| 8 | Rack Mount Washer for NI-3100 | 0.113 | 0.90 |
|  | Freight PO 2744 Buerger 4301 | 23.58 | 23.58 |
| 6 | CAT5 Digital Audio Balun | 23.00 | 138.00 |
|  | Freight PO 2733 Buerger 4301 | 10.99 | 10.99 |
| 5 | Intelix Stereo analog audio Baluns | 36.47858 | 182.39 |
|  | Freight PO 2731 Buerger 4301 | 10.01 | 10.01 |
| 4 | Intelix Audio Over Cat 5 | 52.63808 | 210.55 |
| 9 | Intelix Stereo analog audio Baluns | 36.47585 | 328.28 |
|  | Freight PO 2731 Buerger 4301 | 6.95 | 6.95 |
| 4 | Diode - IN4004 | 1.20 | 4.80 |
| 4 | Mini Embedded Line Module 2 | 4.80 | 19.20 |
| 1 | Scramble prox high intensity | 720.00 | 720.00 |
|  | Freight PO 2739 Buerger 4301 | 60.50 | 60.50 |
| 1 | Power Supply for Stick On Units | 17.12 | 17.12 |
|  | Freight PO 2743 Buerger 4301 | 10.29 | 10.29 |
| 1 | Receiver Car Visor | 168.75 | 168.75 |
| 1 | RF System repeater | 150.00 | 150.00 |
| 8 | Relay, End of Line Fire | 11.50 | 92.00 |
| 1 | APC Temperature Sensor | 63.00 | 63.00 |

| | Subtotal | Sales Tax (7.0%) | |
|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | Total | |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials - May - June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | Freight PO 2741 Buerger 4301 | 5.06 | 5.06 |
| 2 | 24 PTS DOWNLOADED MULTIMEDIA PANEL | 66.10 | 132.20 |
|  | Freight PO 2758 Buerger 4301 | 3.00 | 3.00 |
|  | Sales Tax Paid PO 2758 Buerger 4301 | 9.46 | 9.46 |
| 4 | 20A Half Duplex Dimming Receptacle White | 38.40 | 153.60 |
| 1 | Faceplate/button kit 6 button no insert with raise/lower Light Almond | 35.00 | 35.00 |
|  | Freight PO 2753 Buerger 4301 | 5.21 | 5.21 |
| 2 | Blank Panel 3 Space | 18.41 | 36.82 |
| 2 | Blank Panel 4 Space | 21.85 | 43.70 |
| 1 | L Shaped Lacing Bar with 2" Offset 10 per pk | 36.44 | 36.44 |
| 2 | Lacing Bars L Shaped with 4" Offset 10 per pkg | 40.52 | 81.04 |
|  | Freight PO 2756 Buerger 4301 | 10.60 | 10.60 |
| 1 | Corner Mount Bracket Black | 50.00 | 50.00 |
| 1 | Goose Neck Wall Mount Bracket Black | 78.00 | 78.00 |
|  | Freight PO 2755 Buerger 4301 | 10.40 | 10.40 |
| 1 | APC Symmetra LX Extended Run Rack-mount w/ 9 SYBT5, 208V | 4,025.00 | 4,025.00 |
|  | Freight PO 2710 Buerger 4301 | 94.84 | 94.84 |
| 4 | Bracket, Rack Mount, NI-2000/N | 3.919 | 15.68 |
| 16 | Screw #8 | 0.1175 | 1.88 |
|  | Freight PO 2770 Buerger 4301 | 16.09 | 16.09 |
| 1 | Accessory Rack Kit | 40.00 | 40.00 |
| 2 | MIO-R4-ZGWPRO, Remote, Charging Cradle and Gateway | 817.50 | 1,635.00 |
|  | Freight PO 2867 Buerger 4301 | 66.25 | 66.25 |
| 3 | Rack Mount Kit for SR8002 Receiver | 40.00 | 120.00 |
|  | Freight PO 2766 Buerger 4301 | 16.31 | 16.31 |
| 1 | WALL MOUNT BRACKET FOR EX27 (BLACK) | 24.00 | 24.00 |
|  | Freight PO 2755 Buerger 4301 | 8.22 | 8.22 |
| 1 | Cisco SMARTnet extended service agreement - 1 year | 105.99 | 105.99 |
|  | Sales Tax Paid PO 2665 | 7.42 | 7.42 |
| 350 | RCA Male Connector | 1.67 | 584.50 |
| 15 | BNC Connectors 10 per bag | 30.40 | 456.00 |

| | Subtotal | Sales Tax (7.0%) | |
|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | Total | |

# frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials - May - June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cat 5E 24 port Patch Panel 110 | 52.99 | 52.99 |
| 1 | Kaleidescape 1080p Mini Player Rack-Mount Shelf (1U, holds 2 Players) | 116.00 | 116.00 |
| 1 | Symmetra LX 16kVA Rack-mount | 9,895.00 | 9,895.00 |
|  | Freight PO 2710 Buerger 4301 | 258.95 | 258.95 |
| 1 | Amseco siren driver | 18.99 | 18.99 |
| 40 | NetLinx IR Emitter Cable with Accessories | 25.00 | 1,000.00 |
|  | Freight PO 2780 Buerger 4301 | 69.05 | 69.05 |
| 1 | ADA bus to RS-232 Convertor | 354.00 | 354.00 |
| 4 | Cat 5 to 4 Band Video (or 3 Video & 1 Digital Audio) Converter | 177.00 | 708.00 |
| 1 | Zone ouput | 1,770.00 | 1,770.00 |
|  | Freight PO 2734 Buerger 4301 | 25.00 | 25.00 |
| 48 | Hubbell iSTATION Cat 6 modular insert Black | 10.67 | 512.16 |
|  | Freight PO 2758 Buerger 4301 | 3.00 | 3.00 |
|  | Sales Tax Paid PO 2758 Buerger 4301 | 36.06 | 36.06 |
| 3 | Z4 Architectural Speakers Round 4" pair | 320.00 | 960.00 |
|  | Freight PO 2783 Buerger 4301 | 103.40 | 103.40 |
| 1 | 10" Modero Wall/Flush Mount Touch Panel Kit | 3,150.00 | 3,150.00 |
|  | Freight PO 2779 Buerger 4301 | 49.00 | 49.00 |
| 1 | RDL Transformer and Line Amplifier | 110.72 | 110.72 |
|  | Freight PO 2743 Buerger 4301 | 12.24 | 12.24 |
| 4 | Cat 5e Feed thru patch panel 16 port | 83.25 | 333.00 |
| 4 | 16 Port Panel w/"F" Connector Feed-Thru | 61.25 | 245.00 |
|  | Freight PO 2781 Buerger 4301 | 89.05 | 89.05 |
| 1 | Amphenol Cable male to female 15 feet | 16.96 | 16.96 |
|  | Freight PO 2786 Buerger 4301 | 5.15 | 5.15 |
| 10 | Single Gang Blank Wallplate white | 0.39 | 3.90 |
| 2 | Heat Detector 194 FXD/RDR | 9.39 | 18.78 |
| 1 | Model SMP10PM12P16CB power supply/charger converts a 115VAC 50/60Hz input, to a 12VDC @ 10 amp of continuous supply current distributed via sixteen (16) PTC protected outputs. | 288.99 | 288.99 |
| 1 | Serial Control Interface for RS232 and RS485 | 394.00 | 394.00 |
|  | Subtotal | Sales Tax (7.0%) |  |
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | Total | |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494
www.frankentek.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/14/2010 | 1810 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials - May - June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301 BAYBERRY | Due on receipt | 7/14/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| -4 | Removable rack Ear for NI-3100 | 4.128 | -16.51 |
| -8 | Rack Mount Screw for NI-3100 | 0.418 | -3.34 |
| -8 | Rack Mount Washer for NI-3100 | 0.113 | -0.90 |
| 4 | Platinum EZ-RJ45 CAT6 Jack 100 per box | 53.34 | 213.36 |
|  | Freight PO 2797 Buerger 4301 | 5.23 | 5.23 |
| 2 | RK63 BROWN Rock Speakers pair | 175.00 | 350.00 |
|  | Freight PO 2795 Buerger 4301 | 414.82 | 414.82 |
| 1 | Power Supply AC/DC Adapter for KPLAYER 300 mini player | 54.00 | 54.00 |
|  | Freight PO 2800 Buerger 4301 | 34.77 | 34.77 |
| 1 | Remote Car Visor Transmitter homelink compatible | 18.75 | 18.75 |
| 4 | Rack PDU, Switched 100/120V | 362.00 | 1,448.00 |
|  | Freight PO 2701 Buerger 4301 | 20.43 | 20.43 |
| -7 | Solid PVC Wire Duct 4" Width X 4" Height 2 meter | 65.82 | -460.74 |
|  | Sales Tax Paid PO 2721 Buerger 4301 | -32.25 | -32.25 |
| -1 | Gold Plated Banana Speaker Plug Red/Black | 6.99 | -6.99 |
| -1 | 5.2" Modero® ViewPoint® Touch Panel with Intercom Gloss White | 2,100.00 | -2,100.00 |
| -1 | Table Charging Station for 5.2" Modero Touch Panels MVP-TCS-52-GW Gloss white | 300.00 | -300.00 |
| -1 | 5" Modero® Wall/Flush Mount Touch Panel with Intercom | 1,150.00 | -1,150.00 |
| -1 | APC Temperature Sensor | 63.00 | -63.00 |
| -1 | Flame-Retardant Polyolefin Heat-Shrink Tubing 1" ID Before, 1/2" ID After, 25' L, Black | 24.91 | -24.91 |
| -1 | Lace Bar Horizontal | 21.25 | -21.25 |
| 1 | Screws from Inventory | 7.46 | 7.46 |

| | Subtotal | $56,463.76 | Sales Tax (7.0%) | $3,673.43 |
|---|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | | Total | $60,137.19 |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/20/2010 | 1811 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| PM/Lutron/Security/A-V Rough |
| Design-Engineering Labor |
| April 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 8/20/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/Lutron/Security/A/V Rough & Trim Labor - April 2010 as per Attached Labor Time Report | 25,081.80 | 25,081.80 |

You may now make payments over the internet with your bank information by following the link below!

| | Subtotal | $25,081.80 | Sales Tax (7.0%) | $1,755.73 |
|---|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | | **Total** | **$26,837.53** |

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/20/2010 | 1812 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| PM/Lutron/Security/A-V Rough/Trim/Final |
| Design-Engineering Labor |
| May 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 8/20/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/A/V Rough, Trim & Final Labor - May 2010 as per Attached Labor Time Report | 30,238.03 | 30,238.03 |
| 1 | Subcontracted Labor - 5/10 - 14/10 - 2 men | 5,208.00 | 5,208.00 |

You may now make payments over the internet with your bank information by following the link below!

| | Subtotal | $35,446.03 | Sales Tax (7.0%) | $2,481.22 |
|---|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | | **Total** | **$37,927.25** |

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/11/2010 | 1635 |

**BILL TO**
4301 Bayberry LLC
4301 Bayberry Drive
Avalon, NJ 08202
Attn: Dan Waite

**RE:**
4301 Bayberry LLC
Avalon, NJ 08202
PM/Lutron/Security/A/V Rough/Trim/Final
Design-Engineering Labor
June 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 8/11/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/Security - A/V Rough, Trim & Final Labor - June 2010 as per Attached Labor Time Report | 130,927.67 | 130,927.67 |
| | 5/20 - 28/10 - Tolls - VA | 35.00 | 35.00 |
| | 6/1 - 30/10 - Tolls - VA | 85.00 | 85.00 |
| | Total Reimbursable Expenses | | 120.00 |

| | Subtotal | Sales Tax (7.0%) | $9,164.94 |
|---|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** | $140,212.61 |