# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/11/2010 | 1635 |

| BILL TO |
|---|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Waite |

| RE: |
|---|
| 4301 Bayberry LLC<br>Avalon, NJ 08202<br>PM/Lutron/Security/A-V Rough/Trim/Final<br>Design-Engineering Labor<br>June 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| BUERGER | Due on receipt | 8/11/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/Security - A/V Rough, Trim & Final Labor - June 2010 as per Attached Labor Time Report | 130,927.67 | 130,927.67 |
| | 5/20 - 28/10 - Tolls - VA | 35.00 | 35.00 |
| | 6/1 - 30/10 - Tolls - VA | 85.00 | 85.00 |
| | Total Reimbursable Expenses | | 120.00 |
| | Subtotal | [illegible] | |
| | Sales Tax (7.0%) | | $9,164.94 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $140,212.61

Bk C11 Pg279 #

**Frankentek Residential Systems LLC**
70B Stokes Road
Medford, NJ 08055
609-654-6898
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/11/2010 | 1836 |

| BILL TO |
|---------|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte |

| RE: |
|-----|
| 4301 Bayberry LLC<br>Avalon, NJ 08202<br>PM/Lutron/Security/A-V Rough/Trim/Final<br>Design-Engineering Labor<br>July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 8/11/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A-V Rough, Trim & Final/Programming Labor - July 2010 as per Attached Labor Time Report | 154,941.15 | 154,941.15 |
| 6 | Subcontracted Programming Labor - 7/14 - 17/10 - SA - Network Switches | 125.00 | 750.00 |
| 3 | Subcontracted Programming Labor - 7/27 - 30/10 - SA - Network Ports | 125.00 | 375.00 |
| 2 | Warranty Subcontracted Programming Labor - 7/28 - 29/10 - SA - Network Issues - $250.00 | 0.00 | 0.00 |
| 30.5 | Subcontracted Programming Labor - 7/7 - 10/10 - KB - Hirsch Access Control System. | 90.30 | 2,754.15 |
| 19.75 | Subcontracted Programming Labor - 7/16 - 7/27 - 29/10 - KB - Lutron program changes.  Light Levels with Sean O'Connor. | 90.30 | 1,783.43 |
| | 7/7 - 29/10 - Travel/Tolls - KB | 471.00 | 471.00 |

| | | Subtotal | $161,074.73 | Sales Tax (7.0%) | $11,242.26 |
|--|--|----------|-------------|------------------|------------|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | $172,316.99 |
|---|---|---|

# INVOICE

**Franken Tek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| DATE | INVOICE NO. |
|------|-------------|
| 8/17/2010 | 1845 |

**BILL TO**
4301 Bayberry LLC
4301 Bayberry Drive
Avalon, NJ 08202
Attn: Dan Waite

**RE:**
4301 Bayberry LLC
Avalon, NJ 08202
Materials, Equipment and Expenses
July 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 8/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Omni Pro II 16 Zone Expansion Module w/enclosure | 253.00 | 253.00 |
| 2 | 16/4 65 Strand Speaker Cable Oxygen Free White 500 ft | 102.99 | 205.98 |
| 2 | Wire Speaker Direct Burial 4C 14G Black 500' Box | 178.20 | 356.40 |
| 1 | Materials purchased from Home Depot & Lowes | 118.49 | 118.49 |
| 1 | 18/4 Unshielded Direct Burial Cable 500ft | 144.46 | 144.46 |
| | Freight PO 2835 Buerger 4301 | 15.71 | 15.71 |
| 15 | AC Connector IEC60320 C13 Female 14-16awg | 6.00 | 90.00 |
| 15 | HBL5266C AC Plug Nema 5-15 Male | 9.00 | 135.00 |
| 24 | Datafig DFC 6BLK3N Cat 6 Patch Cable 3 foot | 2.00 | 48.00 |
| | Freight PO 2737 | 28.93 | 28.93 |
| 1 | MPC22EQ3W - Cardioid Surface Mount Microphone (White) | 224.95 | 224.95 |
| | PO 2742 | 8.45 | 8.45 |
| 1 | Catalyst 2960 24 port L2 10/100FE Switch | 1,185.00 | 1,185.00 |
| 1 | Cisco SMARTnet extended service agreement - 1 year for 2960G-24TC 24 port Switch | 190.00 | 190.00 |
| 1 | Cisco Catalyst 3750G-24T Switch 24-port 10/100/1000BASE-T Gigabit Ethernet managed stackable rackmountable switch with SMI installed | 4,085.00 | 4,085.00 |
| 1 | Cisco SMARTnet Premium extended service agreement - 1 year for 3750G-24T-S Switch | 805.00 | 805.00 |
| 1 | Cisco ASA 5505 Firewall Alliance 50 User License | 575.00 | 575.00 |
| 1 | Cisco SMARTnet extended service agreement - 1 year SmartNet 8 x 5 x NBD ASA 5505-50-BU N-K9 | 105.00 | 105.00 |
| 1 | Catalyst 2960 Switch 8 10/100/1000 Ports, T/SFP Standard | 855.00 | 855.00 |
| 1 | Cisco SMARTnet extended service agreement - 1 year for 2960G-8TC Switch | 85.00 | 85.00 |
| | Freight PO 2747 | 98.00 | 98.00 |
| 5 | Ultra High Power Wall Mount Wireless Access Point | 315.00 | 1,575.00 |
| | Freight PO 2748 | 49.76 | 49.76 |
| 1 | DVI-A Male to HD15 VGA Female Video Adapter | 16.99 | 16.99 |
| 1 | 1ft USB to PS/2 Keyboard/Mouse Adapter Cable - Black | 24.99 | 24.99 |
| 1 | 1ft Premium Shielded HD15 SXGA M/F Monitor Extension Cable with 500deg; | 13.99 | 13.99 |

Subtotal

Sales Tax (7.0%)

Total

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

Bk C11 Pg262 #3

Bk C11 Pg263 #312

# Franzenrek Residential Systems Co

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/17/2010 | 1845 |

| BILL TO | RE: |
|---------|-----|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Waits | 4301 Bayberry LLC<br>Avalon, NJ 08202<br>Materials, Equipment and Expenses<br>July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 8/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | 1ft Premium Shielded HD13 SXGA M/F Monitor Extension Cable with 90&deg; | 13.99 | 13.99 |
|  | Freight PO 2751 | 7.06 | 7.06 |
| 2 | Power supply for AXIS 241Q and 241S | 37.49 | 74.98 |
|  | Freight PO 2752 | 12.20 | 12.20 |
| 2 | Apple TV (160GB) - Wireless Media Extender for iTunes | 229.00 | 458.00 |
| 1 | Video/Audio Cat5S Balun with BNC pair | 116.49 | 116.49 |
|  | Freight PO 2777 | 14.00 | 14.00 |
| 48 | 4" x 4" Panduit per foot White | 8.20 | 393.60 |
| 48 | 4" Panduit Cover per foot White | 1.94 | 93.12 |
|  | Freight PO 2724 | 57.50 | 57.50 |
| 1 | Out of Warranty Repair | 100.00 | 100.00 |
| 1 | Jack, SMB, 50 Ohm, PCB | 5.00 | 5.00 |
|  | Freight PO 2886 Buerger 4301 | 23.00 | 23.00 |
| 1 | Microsoft Windows XP Professional with Service Pack 2 - Complete Product OEM - PC | 129.99 | 129.99 |
|  | Freight PO 2819 | 10.00 | 10.00 |
| 10 | BNC Connectors 10 per bag | 30.40 | 304.00 |
|  | Freight PO 2822 | 6.43 | 6.43 |
| 1 | PoE Injector PS-POE-AF | 60.00 | 60.00 |
| 50 | Rare Earth Round Magnet 1/4 x 3/4 | 0.69 | 34.50 |
| 1 | Dual Band Satellite Radio Antenna | 74.99 | 74.99 |
| 10 | Rare Earth Round Magnet 1/4 x 3/4 | 0.69 | 6.90 |
| 5 | Rare Earth Round Magnet 1/4 x 3/4 | 0.69 | 3.45 |
| 10 | Rare Earth Round Magnet 1/4 x 3/4 | 0.69 | 6.90 |
| 1 | HD to CAT5 Balun Transmitter & Receiver | 126.90 | 126.90 |
|  | Freight PO 2874 Buerger 4301 | 24.45 | 24.45 |
| 4 | Intelix Audio Over Cat 5 | 52.63 | 210.52 |
|  | Freight PO 2872 Buerger 4301 | 6.77 | 6.77 |
| 4 | CS1 HDMI v1.4 Cable 1 meter | 15.00 | 60.00 |
|  | Freight PO 2869 Buerger4301 | 16.42 | 16.42 |
| 4 | Intelix Composite Vid Over Twisted Pair each | 29.8508 | 119.40 |
|  | Freight PO 2731 Buerger 4301 | 21.80 | 21.80 |
| 1 | Muting Monitor Amplifier- 2Watts | 64.292 | 64.29 |

| | Subtotal | | |
| | Sales Tax (7.0%) | | |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

| Total | |

BK C11 Page264 #312

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/17/2010 | 1845 |

| BILL TO | RE: |
|---|---|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte | 4301 Bayberry LLC<br>Avalon, NJ 08202<br>Materials, Equipment and Expenses<br>July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 8/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Power Supply for Stick On Units | 17.1218 | 17.12 |
|  | Freight PO 2900 Buerger | 9.08 | 9.08 |
| 1 | HDMI CAT5 Extender | 475.80 | 475.80 |
| 1 | CAT-5 Converts 8 sources | 2,242.00 | 2,242.00 |
|  | PO 2734 Buerger 4301 | 35.00 | 35.00 |
| 2 | UB4R Universal Bracket Round from Inventory | 170.00 | 340.00 |
| -1 | Adapter Plate for Panasonic 65" Screens Returned to Frankentek | 83.04 | -83.04 |
| 2 | Cat 6 Feed thru patch panel 16 port from Inventory | 93.00 | 186.00 |
| 1 | Rack Shelf 2 Space from Inventory | 34.41 | 34.41 |
| -1 | ASRMT METAL GRILLES W/TRIM PF Returned to Frankentek | 53.20 | -53.20 |
| 2 | Security Cable 18/2, Cat 5e and RG59 Violet Jacket from Inventory | 371.32 | 742.64 |
| 1425 | Cat 5 Enhanced Orange from Inventory | 0.06199 | 88.34 |
| 4 | 22/4 Sol 500' white from Inventory | 22.50 | 90.00 |
| 1 | Architectural Series X8W In Wall Subwoofer from Inventory | 200.00 | 200.00 |
| 1 | X8WS Architectural Series Square 8" Woofer each from Inventory | 200.00 | 200.00 |
| -1 | 26S SPEAKER pair Returned to Frankentek | 630.00 | -630.00 |
| 1 | Macurco 9-32VDC CO Detector from Inventory | 49.99 | 49.99 |
| 1 | STR Flexbracket 5 pair from Inventory | 66.50 | 66.50 |
| 1 | Rack Stand Alone 44sp, 25" deep with Rear Door Black from Inventory | 469.34 | 469.34 |
| 1 | Wheel Base, Skirted fits 25" deep ERK's from Inventory | 107.31 | 107.31 |
| -1 | Rear Rack Rail Kit 44sp Returned to Frankentek | 48.64 | -48.64 |
| 2 | Signamax 16-Port BNC Feed-Thru Patch Panel from Inventory | 81.40 | 162.80 |
| 1 | Power Relay Module, 4 Zones, Non-Dim Only from Inventory | 362.50 | 362.50 |
| 1 | SeaTouch no buttons & no faceplate from Inventory | 115.00 | 115.00 |
| 1 | Flush Mounting Box for ScrambleProx from Inventory | 24.00 | 24.00 |
| 1 | Data Comm 1X8 HDTV Distribution Amp from Inventory | 159.99 | 159.99 |
| 1 | Platinum Tool EZ-RJ45 CAT6 Jack 100 per box from Inventory | 53.34 | 106.68 |
| 730 | HD Coax Black per foot from Inventory | 0.864 | 630.72 |
| 32 | Female DB9 5 position Connector from Inventory | 4.19 | 131.20 |
| 20 | Male DB9 5 position Connector from Inventory | 4.10 | 82.00 |
| -4 | 4" GROMMET RING 4 pieces Returned to Frankentek | 24.45 | -97.80 |
| 2 | CS1® HDMI® Cable, 1.0 Meter = 3.28 Ft.  from Inventory | 15.00 | 30.00 |
| 2 | CS1 HDMI v1.4 Cable 2 meter from Inventory | 20.00 | 40.00 |

| | Subtotal | | |
|---|---|---|---|
| | Sales Tax (7%) | | |
| | **Total** | | |

Past due accounts will be charged interest at a rate of 1.50% per month
or 18% per year

Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 6/17/2010 | 1845 |

**BILL TO**
4301 Bayberry LLC
4301 Bayberry Drive
Avalon, NJ  08202
Attn:  Dan Weits

**RE:**
4301 Bayberry LLC
Avalon, NJ  08202
Materials, Equipment and Expenses
July 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 6/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | AV 1.5 kVA H Type Power Conditioner 120V from Inventory | 180.00 | 180.00 |
| 1 | 37" LCD 1080P 2 HDMI RS232C  from Inventory | 759.99 | 759.99 |
| 6 | 6 port frame white from Inventory | 19.20 | 115.20 |
| 1 | ADA bus to RS-232 Convertor from Inventory | 359.40 | 359.40 |
| 5 | Cat 5 to 4 Band Video (or 3 Video & 1 Digital Audio) Converter from Inventory | 176.00 | 880.00 |
| 10 | Snap n Seal BNC male RG59 Compression Connector each from Inventory | 1.79 | 17.90 |
| 1 | White Tape 3/4" X 60' from Inventory | 1.09 | 1.09 |
| 1 | 11" Black Cable Ties from Inventory | 49.56 | 49.56 |
| 1 | Cat 5 Enhanced Green  from Inventory | 64.99 | 64.99 |
| 50 | RCA Male Connectors each  from Inventory | 1.672 | 83.60 |
| 3 | Leviton Cat 5e Module from Inventory | 3.55 | 10.65 |
| -1 | Switched Rack PDU, Zero U Vertical Mount, 15A, 100/120V Returned to Frankentek | 566.00 | -566.00 |
| -2 | 10-32 x 3/4 Captive Washer Screw 500 Pk Returned to Frankentek | 79.91 | -159.82 |
| -3 | 4" x 2" Panduit white per foot Returned to Frankentek | 8.20 | -24.60 |
| -2 | 4" Panduit Cover White Returned to Frankentek | 1.94 | -3.88 |
| 8 | Relay, End of Line Fire from Inventory | 11.50 | 92.00 |
| 1 | Reversing relay for series 4 smokes from Inventory | 16.99 | 16.99 |
| 1 | Voice Siren Driver from Inventory | 18.99 | 18.99 |
| 1 | Corner Mount Bracket Black from Inventory | 50.00 | 50.00 |
| 1 | Goose Neck Wall Mount Bracket Black from Inventory | 89.58 | 89.58 |
| 1 | WALL MOUNT BRACKET FOR EX27 (BLACK) from Inventory | 24.00 | 24.00 |
| 1 | 1/4 watt 1K Resistors Flameproof 20 per bag from Inventory | 2.39 | 2.39 |
| 1 | Cat 5E 24 port Patch Panel 110 from Inventory | 52.99 | 52.99 |
| 1 | Cat 5 Enhanced 1000' Red from Inventory | 65.99 | 65.99 |
| 1 | Zinwell DirecTV Wide Band 6X16 Multi-Switch from Inventory | 129.99 | 129.99 |
| 10 | Gold 5.5MM Banana Plub Black from Inventory | 2.05 | 20.50 |
| 10 | Gold 5.5mm Banana Plug Red from Inventory | 2.05 | 20.50 |
| 1 | Cable - RGB 5 Wire-HD Series + 2 CAT5e from Inventory | 1.90 | 1.90 |
| 2 | BNC Adapter female to female from Inventory | 0.38 | 0.76 |
| 2 | CS1 HDMI v1.4 Cable 5 meter from Inventory | 35.00 | 70.00 |
| 1 | Manuals Binding, Indexing and Copying. | 393.98 | 393.98 |

| | Subtotal | | (7%) |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**

Frankentek Residential Systems LLC
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/17/2010 | 1845 |

Bk C11 Pg264 #312

| BILL TO | RE: |
|---|---|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte | 4301 Bayberry LLC<br>Avalon, NJ 08202<br>Materials, Equipment and Expenses<br>July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 8/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Sun & Sand Motel 6/30 & 7/1 (SK) | 179.20 | 179.20 |
| | Sun & Sand Motel 6/29 (SK) | 89.60 | 89.60 |
| | The Dunes Motel 7/6 & 7/7 (SK) | 313.60 | 313.60 |
| | Sun & Sand Motel 7/12 -7/14 (SK) | 336.00 | 336.00 |
| | Total Reimbursable Expenses | | 918.40 |
| 1 | Shipping Charges | 149.10 | 149.10 |

| | | | |
|---|---|---|---|
| Subtotal | [illegible] | Sales Tax (7.0%) | $1,546.80 |
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | Total | $25,658.43 |

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-5888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2010 | 1853 |

| BILL TO | RE: |
|---------|-----|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ  08202<br>Attn:  Dan Welte | 4301 Bayberry LLC<br>Avalon, NJ  08202<br>PM/Lutron/Security/A-V Rough/Trim/Final<br>Design-Engineering Labor<br>August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V-Security-Lutron Trim & Final/Programming Labor – August 2010 as per Attached Labor Time Report | 47,813.52 | 47,813.52 |
| 3.25 | Additional Work Requested By Builder Labor – August 2010 as per Attached Labor Time Report – Programmed changes from the Electrician (Phil), applied to the Keypad programming. | 134.79 | 438.07 |
| | Subtotal | | 53,377.61 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

| | |
|--|--|
| **Total** | **$51,629.20** |

Bk C11 P9272 G343

Bk C11 Ps276 #312

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-8839
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 5/28/2010 | 1654 |

**BILL TO**

4301 Bayberry LLC
4301 Bayberry Drive
Avalon, NJ 08202
Attn: Dan Welte

**RE:**

4301 Bayberry LLC
Avalon, NJ 08202
Materials and Equipment
August 2010

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301SAYBER... | Due on receipt | 5/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 5 | Cat 5 to 4 Band Video (or 3 Video & 1 Digital Audio) Converter | 177.00 | 885.00 |
| 1 | ADA Bus Wire 4ft length | 5.00 | 5.00 |
| | Freight PO Buerger 4301 | 10.00 | 10.00 |
| 4 | Intellx Composite Vid Over Twisted Pair each | 14.07 | 56.28 |
| | Freight PO 2872 Buerger 4301 | 6.78 | 6.78 |
| 1 | Reversing relay for series 4 smokes | 16.99 | 16.99 |
| 15 | Nova T Receptacle 20 Amp Light Almond | 27.60 | 414.00 |
| 1 | Nova T Receptacle 20 Amp Black | 27.60 | 27.60 |
| 2 | Nova T Receptacle 20 Amp Brown | 27.60 | 55.20 |
| 6 | GFCI receptacle 20A NOVA T White Tamper Resistent | 49.20 | 295.20 |
| 2 | GFCI receptacle 20A NOVA T Brown Tamper Resistent | 49.20 | 98.40 |
| 1 | Triple Jack RJ45 8 Conductor Black | 51.60 | 51.60 |
| 3 | A4RC CLOTH GRILLES PF | 40.00 | 120.00 |
| 6 | 20A Half Duplex Dimming Receptacle Light Almond | 38.40 | 230.40 |
| 6 | 20A Half Duplex Dimming Receptacle Black | 38.40 | 230.40 |
| 6 | 20A Half Duplex Dimming Receptacle Brown | 38.40 | 230.40 |
| 20 | Nova T Receptacle 20 Amp White | 27.60 | 552.00 |
| 2 | GFCI receptacle 20A NOVA T Sienna Tamper Resistent | 49.20 | 98.40 |
| 2 | Triple Jack RJ45 8 Conductor Brown | 51.60 | 103.20 |
| 3 | Triple Jack RJ45 8 Conductor White | 51.60 | 154.80 |
| 2 | Triple Jack RJ45 8 Conductor Light almond | 51.60 | 103.20 |
| 1 | Serial Control Interface for RS232 and RS485 | 394.00 | 394.00 |
| 25 | DataFlg DFC6BLK3 Cat6 Snagless Ethernet Patch Cable - 3 Foot Black | 2.00 | 50.00 |
| | Freight PO 2873 | 16.46 | 16.46 |
| 4 | 20A Half Duplex Dimming Receptacle White | 38.40 | 153.60 |
| 6 | Nova T Receptacle 20 Amp Sienna | 27.60 | 165.60 |
| 10 | GFCI receptacle 20A NOVA T Light Almond Tamper Resistent | 49.20 | 492.00 |
| -1 | HDMI CAT5 Extender - Returned | 475.60 | -475.60 |
| 1 | Extra Long Range Extender for HDMI 1.3, IR, and Ethernet Over one CAT-5 cable | 493.50 | 493.50 |
| | Freight PO 3004 Buerger 4301 | 12.39 | 12.39 |
| 1 | Adjustable Gain Microphone Preamplifier - 35 to 65 dB gain | 107.86 | 107.86 |
| | Freight PO #2968/Buerger Raid | 20.13 | 20.13 |

| | Subtotal | Sales Tax (7.0%) |
|---|----------|------------------|
| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | | **Total** |

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/28/2010 | 1854 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Welte |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| Materials and Equipment |
| August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | AM/FM/Satellite Splitter (1In x 2 Out) | 206.00 | 206.00 |
|  | Freight PO 2983 Buerger 4301 | 8.00 | 8.00 |
| 7 | Nova T Single Gang Decora Plate Antique Bronze | 61.20 | 428.40 |
| 1 | Nove T Single Gang Faceplate for 3 port PJ8X3 Antique Bronze | 61.20 | 61.20 |
|  | Freight PO 2948 Buerger 4301 | 5.36 | 5.36 |
| 1 | 22/4 Sol 500' white from Inventory | 22.50 | 22.50 |
| 3 | Platinum Tool EZ-RJ45 CAT6 Jack 100 per box from Inventory | 53.34 | 160.02 |
| 1 | Platinum RJ12/11 Connectors 100 per box from Inventory | 26.67 | 26.67 |
| 1 | XM Antenna  from Inventory | 45.00 | 45.00 |
| 8 | H.I.D. Key fob from Inventory | 3.96 | 31.68 |
| 1 | Model 8 controller Board from Inventory | 1,728.00 | 1,728.00 |
| 100 | RCA Male Connectors from Inventory | 1.67 | 167.00 |
| 12 | Rare Earth Round Magnet 1/4 x 3/4 from Inventory | 0.69 | 8.28 |
| 1 | XLR Female Connector from Inventory | 2.85 | 2.85 |
| 1 | XLR Male Connector from Inventory | 2.75 | 2.75 |
| 1 | BNC T Adapter male to 2 female 75 ohm from Inventory | 4.17 | 4.17 |
| 1 | 1" UV Black Rubber Adhesive Mounts from Inventory | 14.67 | 14.67 |
| 1 | 11" UV Black Cable Ties from Inventory | 49.56 | 49.56 |
| 2 | 14" UV Black Cable Ties from Inventory | 62.64 | 125.28 |
| 2 | 3/4" Flexible Nylon Labels from Inventory | 14.50 | 29.00 |
| 0.5 | AMX Control Cable 2 Cat5e X 1 Axlink from Inventory | 0.38753 | 0.19 |
| 1 | Drive Ring 1-1/4 from Inventory | 7.79 | 7.79 |
| 1 | Cat 5 Enhanced Blue 1000ft from Inventory | 64.99 | 64.99 |
| 1 | 18 Ga 2 pair, 1 sh, 1 unshld from Inventory | 180.36 | 180.36 |
| 6 | SeeTouch 7 Button No Insert Faceplate White from Inventory | 32.50 | 195.00 |
| 1 | Single Gang Mounting Bracket from Inventory | 0.89 | 0.89 |
| 6 | Seetouch 7 keypad with buttons Architectural w/insert from Inventory | 165.00 | 990.00 |
| 1 | 1/4 watt 1K Resistors Flameproof from Inventory | 1.92 | 1.92 |
| 10 | Bare Rare Earth Magnet from Inventory | 0.69 | 6.90 |
| 2 | A4RCT Cloth Round Grilles w/trim per pair from Inventory | 42.80 | 85.60 |
| 1 | SeeTouch no buttons & no faceplate from Inventory | 115.00 | 115.00 |
| 3 | Lamp Plug for Dimming Use from Inventory | 12.00 | 36.00 |

| | Subtotal | Sales Tax (7.0%) |
|---|---|---|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

| Total |
|---|

Bk C11 Pg278 #312

**Frankenbek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

**INVOICE**

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2010 | 1854 |

| BILL TO | RE: |
|---------|-----|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte | 4301 Bayberry LLC<br>Avalon, NJ 08202<br>Materials and Equipment<br>August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| | Freight PO 2796 | 6.33 | 6.33 |
| | Freight PO 2796 | 6.33 | 6.33 |
| | Total Reimbursable Expenses | | 12.66 |
| | | | |
| | Tolls 7/25 - 30/10 - DR | 16.00 | 16.00 |
| | Tolls -8/2/10 - DR | 5.50 | 5.50 |
| | Total Reimbursable Expenses | | 21.50 |
| | | | |
| | Harbor Inn 7/19/10 - 7/20/10 SK | 181.44 | 181.44 |
| | The Dunes Mothel 7/20 - 7/23 SK | 520.80 | 520.80 |
| | Sun n Sand Motel 7/25 - 7/29 DR | 660.80 | 660.80 |
| | Hyland Motor Inn Cape May 8/1 - 8/3 DR | 218.50 | 218.50 |
| | Total Reimbursable Expenses | | 1,581.54 |
| 1 | Shipping Charges August 2010 | 31.64 | 31.64 |

| | | |
|---|---|---|
| Subtotal | | $693.46 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $12,326.42

Bk C11 Ps268 #312

# Frankentek Residential Systems LLC

708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/30/2010 | 1863 |

| BILL TO | RE: |
|---|---|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte | 4301 Bayberry LLC<br>Avalon, NJ 08202<br>PM/Security/A-V Final/Programming<br>Design-Engineering-Labor<br>September 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 9/30/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/A/V - Security Final/Programming Labor - September 2010 as per Attached Labor Time Report | 6,841.94 | 6,841.94 |
| 4 | Subcontracted Programming Labor | 125.00 | 500.00 |
| | Subtotal | | $513.94 |

| | | |
|---|---|---|
| Past due accounts will be charged interest at a rate of 1.50% per month, or 18% per year | **Total** | $7,855.88 |

# Frankentek Residential Systems LLC

**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1916 |

| BILL TO |
|---------|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn:  Dan Welte |

| RE: |
|-----|
| 4301 Bayberry LLC |
| Avalon, NJ  08202 |
| PM/A-V Final/Programming |
| Design-Engineering Labor |
| October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 12/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Final/Programming Labor – October 2010 as per Attached Labor Time Report | 11,998.55 | 11,998.55 |
| 2.5 | Subcontracted Programming Labor | 125.00 | 312.50 |

| | Subtotal | $12,311.05 | Sales Tax (7.0%) | $861.77 |
|-|----------|------------|-----------------|---------|

**Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year**

| Total | $13,172.82 |
|-------|------------|

Bk C11 Pg280 #312

# Frankentek Residential Systems LLC

**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/11/2010 | 1837 |

| BILL TO |
|---------|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte |

| RE: |
|-----|
| 4301 Bayberry LLC<br>Avalon, NJ 08202<br>2nd & 3rd Floor Systems<br>Design-Engineering/PM/Security/A-V<br>Labor May - June 2010 & Materials |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| 4301BAYBER... | Due on receipt | 8/11/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Design/Engineering/Project Management/A/V Rough, Trim & Final/Additional Work Requested By Client Labor - May - June 2010 as per Attached Labor Time Report | 42,718.44 | 42,718.44 |
| 1 | 5" Modero® Wall/Flush Mount Touch Panel with Intercom | 1,150.00 | 1,150.00 |
|   | Freight PO 2675 Buerger 1522 | 105.00 | 105.00 |
| 1 | Quiet fan-speed module | 312.50 | 312.50 |
| 21 | HW Remote power Module - autodetect 4 zone | 362.50 | 7,612.50 |
| 3 | Power Relay Module, 4 Zones, Non-Dim Only | 342.50 | 1,027.50 |
| 2 | RPM, 4 Zones, 1920 watts, dimming | 287.50 | 575.00 |
| 5 | Module Interface w/Integral Transformer | 350.00 | 1,750.00 |
| 1 | System 3 | 66.00 | 66.00 |
| 1 | Cool-Cube with 4" Tubing | 190.00 | 190.00 |
|   | Freight PO 2682 Buerger 1522 | 139.67 | 139.67 |

| | Subtotal | $55,646.61 | Sales Tax (7.0%) | $3,878.14 |
|---|---|---|---|---|

| Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year | **Total** | **$59,524.75** |
|---|---|---|

# INVOICE

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

| | DATE | INVOICE NO. |
|---|---|---|
| | 8/11/2010 | 1838 |

| BILL TO |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Weits |

| RE: |
|---|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| 2nd & 3rd Floor Systems |
| Design-Engineering/PM/Security/A-V Final |
| Labor July 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|---|---|---|---|
| 4301BAYBER... | Due on receipt | 8/11/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design/Engineering/Project Management/Security - A/V Final/Programming/Additional Work Requested By Client Labor - July 2010 as per Attached Labor Time Report | 26,515.35 | 26,515.35 |

| | | Subtotal | $26,515.35 | Sales Tax (7.0%) | $1,856.07 |
|---|---|---|---|---|---|

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $28,371.42

Bk C11 Pg261 #318

**Frankentek Residential Systems LLC**
708 Stokes Road
Medford, NJ 08055
609-654-6888
Fax: 609-654-2494

# INVOICE

| DATE | INVOICE NO. |
|------|------------|
| 9/28/2010 | 1852 |

| BILL TO |
|---------|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ 08202 |
| Attn: Dan Waite |

| RE: |
|-----|
| 4301 Bayberry LLC |
| Avalon, NJ 08202 |
| 2nd and 3rd Floor |
| PM/A-V Final/Programming Labor |
| August 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 9/28/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Project Management/A/V Final/Programming Labor - August 2010 as per Attached Labor Time Report | 5,987.08 | 5,987.08 |

|  | | Subtotal | | $5,987.08 |
|--|-|----------|-|-----------|
|  | | Sales Tax (7.0%) | | $419.10 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total**  $6,406.18

# Frankentek Residential Systems LLC

**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/17/2010 | 1917 |

| BILL TO |
|---------|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte |

| RE: |
|-----|
| 4301 Bayberry LLC<br>Avalon, NJ 08202<br>Lutron/A-V Final/Service Labor<br>October 2010 |

| CUSTOMER | TERMS | DUE DATE | SALES PERSON |
|----------|-------|----------|--------------|
| BUERGER | Due on receipt | 12/17/2010 | MP |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 1 | Lutron/A/V Final/Service Labor - October 2010 as per Attached Labor Time Report | 2,783.83 | 2,783.83 |
| | Subtotal | $2,783.83 | |
| | Sales Tax (7.0%) | | $194.87 |

Past due accounts will be charged interest at a rate of 1.50% per month or 18% per year

**Total** $2,978.70

Exhibit H

# Statement

**Frankentek Residential Systems LLC**
**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

| Date |
|---|
| 12/31/2010 |

| To: |
|---|
| 4301 Bayberry LLC |
| 4301 Bayberry Drive |
| Avalon, NJ  08202 |
| Attn:  Dan Welte |

| Amount Due | Amount Enc. |
|---|---|
| $548,074.32 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/30/2009 | Balance forward | | 0.00 |
| | 4301 Bayberry LLC #1516- | | |
| 09/02/2009 | INV #1612. Ftek labor Jan - July 09 Gym TV/Lutron | 72,489.05 | 72,489.05 |
| 09/03/2009 | INV #1613. Ftek Labor Jan - July 09 #4891 | 35,509.56 | 107,998.61 |
| 09/03/2009 | INV #1614. Ftek Labor Jan - July 09 Phase 3 | 17,962.63 | 125,961.24 |
| 09/03/2009 | INV #1615. Ftek Kaleid & Lifesize Jan - July 09 Labor | 8,332.63 | 134,293.87 |
| 11/05/2009 | PMT #14045. Inv. 1612 - 1616 | -134,293.87 | 0.00 |
| 12/31/2009 | INV #1684. Labor August  - December 31, 2009 | 99,350.25 | 99,350.25 |
| 12/31/2009 | INV #1712. Material December 2009 | 4,215.27 | 103,565.52 |
| 01/04/2010 | CREDMEM #1720. CM For Inv 1684 | -99,350.25 | 4,215.27 |
| 01/04/2010 | CREDMEM #1721. CM for Inv 1712 | -4,215.27 | 0.00 |
| 03/26/2010 | INV #1718. Sept - Dec 09 Labor | 90,474.78 | 90,474.78 |
| 03/26/2010 | INV #1719. Add Wk Sept - Dec 09 | 4,443.04 | 94,917.82 |
| 03/29/2010 | INV #1722. Material December 2009 | 2,835.58 | 97,753.40 |
| 04/28/2010 | PMT #1069. Inv. #1718, 1719 & 1722 | -97,753.40 | 0.00 |
| 05/24/2010 | INV #1768. Jan - April 2010 Materials | 14,039.02 | 14,039.02 |
| 05/25/2010 | INV #1769. January 2010 labor | 28,023.78 | 42,062.80 |
| 05/25/2010 | INV #1770. Ftek Labor & Sub Labor Feb 2010 | 52,869.18 | 94,931.98 |
| 05/25/2010 | INV #1771. Ftek Labor March 2010 | 45,238.23 | 140,170.21 |
| 06/08/2010 | INV #1779. Kscape Server upgrade & addtl drives | 19,021.39 | 159,191.60 |
| 06/10/2010 | PMT #1229. Inv. #1768 - 1771 | -140,170.21 | 19,021.39 |
| 06/18/2010 | PMT #1272. Inv. #1779 | -19,021.39 | 0.00 |
| 07/14/2010 | INV #1810. Materials May - June 2010 | 60,137.19 | 60,137.19 |
| 07/20/2010 | INV #1811. April 2010 Labor | 26,837.53 | 86,974.72 |
| 07/20/2010 | INV #1812. May 2010 Labor & Sub labor | 37,927.25 | 124,901.97 |
| 08/11/2010 | INV #1835. June 2010 Labor & Expenses | 140,212.61 | 265,114.58 |
| 08/11/2010 | INV #1836. Ftek July Labor & Sub Labor | 172,316.99 | 437,431.57 |
| 08/17/2010 | INV #1845. Materials & Expenses July | 25,658.43 | 463,090.00 |
| 09/28/2010 | INV #1853. August Labor 2010 | 51,629.20 | 514,719.20 |
| 09/28/2010 | INV #1854. Materials & Expenses | 12,326.42 | 527,045.62 |
| 09/30/2010 | INV #1863. Sept Labor & Idnet | 7,855.88 | 534,901.50 |
| 11/17/2010 | INV #1916. October Labor | 13,172.82 | 548,074.32 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 13,172.82 | 0.00 | 71,811.50 | 463,090.00 | $548,074.32 |

Bk C11 Pg241 #312

# Statement

**Frankentek Residential Systems LLC**

**708 Stokes Road**
**Medford, NJ 08055**
**609-654-6888**
**Fax: 609-654-2494**

| Date |
|---|
| 12/31/2010 |

| To: |
|---|
| 4301 Bayberry LLC<br>4301 Bayberry Drive<br>Avalon, NJ 08202<br>Attn: Dan Welte |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $97,281.05 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/31/2009 | Balance forward | | 0.00 |
| | 1522 4301 Bayberry 2nd & 3rd Floor- | | |
| 05/25/2010 | INV #1772. Ftek labor 2 & 3 Floor Jan - Feb 2010 | 42,290.27 | 42,290.27 |
| 05/26/2010 | INV #1773. Ftek Labor March - April 10 | 13,112.91 | 55,403.18 |
| 05/26/2010 | INV #1774. Materials Jan - April 2010 | 20,624.21 | 76,027.39 |
| 06/10/2010 | PMT #1229. Inv. #1772 - 1774 | -76,027.39 | 0.00 |
| 08/11/2010 | INV #1837. May - June Labor & Materials | 59,524.75 | 59,524.75 |
| 08/11/2010 | INV #1838. July Labor | 28,371.42 | 87,896.17 |
| 09/28/2010 | INV #1852. August 2010 | 6,406.18 | 94,302.35 |
| 11/17/2010 | INV #1917. October Labor | 2,978.70 | 97,281.05 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 2,978.70 | 0.00 | 6,406.18 | 87,896.17 | $97,281.05 |

Exhibit I

**Michael Pavluk**

**From:** Dan Welte [mailto:dwelte@harnermanagement.com]
**Sent:** Monday, January 11, 2010 1:15 PM
**To:** 'Michael Pavluk'
**Subject:** RE: Buerger program

No I understand.  Thanks.  This should help Reid though.  I'll let you know.

**From:** Michael Pavluk [mailto:mike@frankentek.com]
**Sent:** Monday, January 11, 2010 1:02 PM
**To:** Dan Welte
**Subject:** RE: Buerger program

This may help with you question on the 24 %.
Materials are at cost.
We then show our employee cost.
Now we need to cover all the O/H it takes to complete the Buerger's projects, from computers, electric, trucks insurance, etc…We add that amount to each hour an employee works. At that point Frankentek has made NO profit. All our effort and experience is break even.

Since we are in business to make a profit, we added 10% to parts and 10% to labor. That was our net profit.

You then asked us to move all profit into Labor. Per our analysis, we would have to add 14% on labor to make up for the 10% profit on the materials. They only other way was to add $6 to $10/ hours to the labor rate.

The best thing we can do is complete some invoices from work completed over the past few months on Bayberry and others. You will see that profit we would have made versus the profit we will now be making is much less in an effort for our interest to align. If the profit is excessive we will adjust but we cannot provide our premiere services for minimal gains.  I'll have our accounting department complete the invoices for comparison.

Do you want to discuss via phone?

Mike
**From:** Dan Welte [mailto:dwelte@harnermanagement.com]
**Sent:** Monday, January 11, 2010 10:09 AM
**To:** 'Michael Pavluk'
**Subject:** Buerger program

Hi Mike – Reid replied to your Buerger Program email with this:

What does this mean:
We apply our overhead pertaining to the Buerger projects.

I assumed your Buerger project overhead refers to the 24%.

Let me know if I'm right or wrong.

Dan Welte
Project Manager
Harner Management
Direct Line: 215-836-6439
Mobile: 215-527-4799
Fax: 215-753-6439

1

dwelte@harnermanagement.com

-----------------------------------------------------------------------------------------------------------

This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient.  Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited.  If you have received this email in error, please respond to the sender or call us at 877-836-8300.

**From:** Michael Pavluk [mailto:mike@frankentek.com]
**Sent:** Friday, January 08, 2010 10:52 AM
**To:** 'RSB'
**Cc:** 'Dan Welte'
**Subject:** FW: PA Sales Tax

Dear Reid,

Although Frankentek is a New Jersey based business, we are registered in Pennsylvania and New York so we may conduct business in those states. We were required to register due to the amount of business we complete in each state. By law we are required to charge tax and provide it to each state accordingly. In 2007, Frankentek was audited and owed $315,000 in sales tax not collected from our clients. Through negotiation the amount was reduced and we were fortunate that many clients understood and paid the tax they legitimately owed but we were left paying $148,000 out of our pocket so I hope you can understand our concern over this issue.

Even if we "shipped" product to the site rather than deliver, the auditors will be looking for the shipping receipts. Over all the sales tax will be less than any shipping cost would actually be. Frankentek will have to charge Pennsylvania Sales Tax on your projects. If you would like to continue exploring this issue we suggest that a conversation between our accountant and you attorney be scheduled. If your attorney can provide the documentation and convince our accountant there is a legal way than we could abide by that. However, if at any time we are audited and tax is owed, we would require that you pay the tax and any associated fees or penalties. Our account's information is included below and he is available on Monday to discuss.

Ron DuBrow
Gocial Gernstein
1307 White Horse Road
Voorhees, NJ 08043-2161
(856) 770-1400

Please let me know if I can be of any more help.

Regards,

Michael Pavluk
Vice President
Frankentek Residential Systems, LLC
708 Stokes Road
Medford, NJ 08055
Office: +1 609-654-6888
Fax: +1 609-654-2494
www.frankentek.com

**From:** Dan Welte [mailto:dwelte@harnermanagement.com]
**Sent:** Thursday, January 07, 2010 11:45 AM
**To:** 'Michael Pavluk'
**Subject:** RE: Buerger Program

Hi Mike –

I spoke to Reid about this and he is wondering the following:

2

Could the labor % be higher, and no mark-up on the materials invoice?  This way, he has no worry about any materials being sold to him.

Let me know your thoughts.
Dan Welte
Project Manager
Harner Management
Direct Line: 215-836-6439
Mobile: 215-527-4799
Fax: 215-753-6439
dwelte@harnermanagement.com
-------------------------------------------------------------------------------------------------------------------------
This transmission contains proprietary, confidential and/or privileged information which may be read and/or used only if received by the intended recipient.  Any dissemination, distribution or copying of this e-mail, and any attachments thereto by unauthorized users is strictly prohibited.  If you have received this email in error, please respond to the sender or call us at 877-836-8300.

**From:** Michael Pavluk [mailto:mike@frankentek.com]
**Sent:** Thursday, January 07, 2010 11:05 AM
**To:** 'RSB'
**Cc:** 'Dan Welte'
**Subject:** FW: Buerger Program

Hi Reid,

Attached is our program example which we plan to offer for all the Buerger properties. We have used real time information and materials used at Bayberry and Harner Farm  to show how it works.

MATERIALS:
The material invoice is simply the material cost (purchase invoices will be supplied)
5% is added to cover warehouse / stockperson services.  (we can change this to an hourly rate or include in our overhead fee to simplify).
Expenses such as shipping are directly reimbursed.
At this point we are even.
We add on a 10% to only to the which is our profit.
We apply sales tax per state laws. (follow up email forthcoming)

LABOR:
For Labor we show the employee rate, matching taxes, and benefits as requested.
We then apply our overhead pertaining to the Buerger projects.
The employees loaded labor rate is multiplied by hours worked they worked.
We apply a 10% fee on the total labor which is our profit.

In this program, every Frankentek staff members rate is now lower than our standard rates. Because all our cost are covered we have minimal risk but we will be able to provide you with the best installation and service possible with no hesitation. We only ask to make a  an overall profit of 10% while you benefit with tremendous savings. We believe this is a win-win program for both parties.

Last, I am about to hire two very experienced electronics professionals to support your projects. One is coming from managing  and engineering projects exactly like Harner and the other is a "Can Do" AMX and Lutron programmer. I think you will be very happy with these quality people on your projects.

Mike

3

Michael Pavluk
Vice President
Frankentek Residential Systems, LLC
708 Stokes Road
Medford, NJ 08055
Office: +1 609-654-6888
Fax: +1 609-654-2494
www.frankentek.com



Residential Systems. LLC.

At Frankentek Residential Systems, LLC, we take our responsibility seriously and communicate in a fashion that is simple, clear, and accurate. Unfortunately mistakes do occasionally occur. Should you receive this confidential message in error, please delete it from your system and alert us so that we may correct the problem and address the message to the correct person. Thank you.

*please consider the environment before printing this email and consider printing two-sided or on recycled or scrap paper*

-----Original Message-----
From: Dan Welte [mailto:dwelte@harnermanagement.com]
Sent: Friday, October 30, 2009 5:04 PM
To: 'Michael Pavluk'
Subject: RE: Buerger pricing

Sounds good.  Let me know when you have something presentable.

-----Original Message-----
From: Michael Pavluk [mailto:mike@frankentek.com]
Sent: Friday, October 30, 2009 4:35 PM
To: Dan Welte
Subject: RE: Buerger pricing

Hi Dan,

I was having Welte withdraw symptoms after not speaking with you all week.

We are almost complete with our pricing structure. We have gone in circles trying to make sure no mistakes are made so I believe I can supply the information created by my staff by Wednesday. It is in a complex state now and we are trying to compress to make it simple.

I spoke with Patrick about the golf/ sport simulation. We should discuss next week. Also been working a lot on Bayberry and with Waxman associates.


Michael Pavluk
Vice President
Frankentek Residential Systems, LLC
708 Stokes Road
Medford, NJ 08055
Office: +1 609-654-6888
Fax: +1 609-654-2494
www.frankentek.com


At Frankentek Residential Systems, LLC, we take our responsibility seriously and communicate in a fashion that is simple, clear, and accurate. Unfortunately mistakes do occasionally occur. Should you receive this confidential message in error, please delete it from your

4