Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-1 | | | | Unpaid invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-2 | | | | Paid Stenton invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-3 | | | | Paid Harner Farm invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-4 | | | | Paid Mathers invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-5 | | | | Paid Bayberry invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-6 | | | | Paid Bahamas invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-7 | | | | Paid Wyndmoor (WGH) invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-8 | | | | Paid Parc Ritenhouse invoices as listed on the parties' agreed "Stipulation Regarding Invoices" |
| P-9 | DEF002770 | DEF002772 | 8/17/2009 | email re: RE: Stenton Kscape important notes |
| P-10 | Z0062 | Z0064 | 9/17/2009 | email from M. Pavluk to D. Welte re: RE: Stenton Bayberry Kscape swap |
| P-11 | Z0066 | | 9/30/2009 | email from M. Pavluk to D. Welte re: FW: 4301 Bayberry |
| P-12 | Z0073 | Z0074 | 10/13/2009 | email from M. Pavluk to D. Welte |
| P-13 | DEF005079 | DEF005082 | 10/14/2009 | email re: RE: Mike's reply to my billing questions |
| P-14 | B0005 | B0005 | 12/2/2009 | Bayberry/Harner Program Rev.2 Letter |
| P-15 | DEF005488 | DEF005490 | 12/2/2009 | email re: FW: Hamer Program Rev. 2 with proposal letter attached |
| P-16 | DEF005491 | DEF005493 | 12/2/2009 | email re: FW: Hamer Program Rev. 2 with proposal letter attached |
| P-17 | DEF005594 | | 12/18/2009 | email re: FW: Hamer Program Rev. 2 with proposal letter attached |
| P-18 | DEF005648 | DEF005649 | 12/22/2009 | email re: RE: Harner Program Rev. 2 (no attachment) |
| P-19 | DEF005801 | DEF005803 | 12/31/2009 | email re: RE: F -tek - Mathers |
| P-20 | DEF005963 | DEF005964 | 1/6/2010 | email re: Re: Are you here today? |
| P-21 | DEF005971 | DEF005973 | 1/6/2010 | email re: Re: Are you here today? |
| P-22 | B0006-07; B0031-33 | | 1/7/2010 | email from M. Pavluk to R. Buerger re: FW: Buerger Program and attachments |
| P-23 | B0008 | B0010 | 1/7/2010 | email from M. Pavluk to D. Welte re: RE: Buerger Program Rev |
| P-24 | DEF005995 | DEF005998 | 1/7/2010 | email re: FW: Buerger Program with attached example |
| P-25 | DEF005999 | DEF006000 | 1/7/2010 | email re: RE: Buerger Program |
| P-26 | DEF006001 | DEF006002 | 1/7/2010 | email re: RE: Buerger Program |
| P-27 | DEF006043 | DEF006045 | 1/8/2010 | email re: FW: Buerger Program Rev |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-28 | DEF006054 | DEF006055 | 1/8/2010 | email re: Re: Wireless headphones |
| P-29 | B0011 | B0012 | 1/11/2010 | email from D. Welte to M. Pavluk re: RE: Bueger Program |
| P-30 | B0013 | B0013 | 1/11/2010 | email from M. Pavluk to D. Welte re: RE: Buerger Program |
| P-31 | DEF006089 | DEF006090 | 1/11/2010 | email re: RE: Buerger program |
| P-32 | B0015 | B0016 | 1/20/2010 | email from R. Buerger to D. Welte re: RE: Buerger Program |
| P-33 | B0014 | B0014 | 1/30/2010 | email from M. Pavluk to P. Endt re: Buerger Invoices |
| P-34 | P4060 | | 1/30/2010 | email re: Buerger invoices |
| P-35 | DEF001160 | DEF001163 | 9/27/2010 | email re: FW: Buerger Program Rev |
| P-36 | E0035 | | 10/9/2010 | email from C. Buerger to M. Pavluk re: FW: Frankentek (cc Amy Murphy) |
| P-37 | Z0290 | | 10/22/2010 | email from R. Buerger to M. Pavluk re: Follow Up |
| P-38 | DEF001180 | DEF001184 | 12/12/2010 | email re: FW: Frankentek with attachments (Frankentek Audit Labor Summary.xlsx; Frankentek Outstanding |
| P-39 | DEF001185 | | 12/12/2010 | email re: Frankentek |
| P-40 | DEF008378 | DEF008385 | 12/12/2010 | email re: FW: Buerger Invoices #1910 - 1913 with invoices attached |
| P-41 | K0591 | | | 02 OH Sheet |
| P-42 | K0592 | | | 03 Adjusted Labor Rate Sheet |
| P-43 | K0593 | | | 04 Updated Master Copy of Labor Time Report |
| P-44 | K0594 | K0594 | | 05 Updated OH Sheet |
| P-45 | K2868 | K3598 | | 2006 Frankentek Employee Timesheets |
| P-46 | K4026 | K4657 | | 2007 Frankentek Employee Timesheets |
| P-47 | K4658 | K5210 | | 2008 Frankentek Employee Timesheets |
| P-48 | K1820 | K2867 | | 2009 Frankentek Employee Timesheets |
| P-49 | K0613 | K1777 | | 2010 Frankentek Employee Timesheets |
| P-50 | K1778 | K1794 | | 2010_Project_Manager_Time_Reports |
| P-51 | M0306 | M0345 | | Job Time Reviewing Reports 1 |
| P-52 | M0346 | M0387 | | Job Time Reviewing Reports 2 |
| P-53 | N0001 | N0005 | | Prop # 3704 Bayberry LLC |
| P-54 | Z0295 | Z0298 | | M. Pavluk handwritten notes |
| P-55 | K5954 | K7047 | | Frankentek Residential Systems 2010 GL |
| P-56 | K7048 | K7124 | | Frankentek Inc 2010 GL |
| P-57 | K7125 | K7967 | | Frankentek Residential Systems 2009 GL |
| P-58 | K7968 | K8047 | | Frankentek Inc 2009 GL |
| P-59 | K8048 | K8799 | | Frankentek Residential Systems 2008 GL |
| P-60 | K8800 | K8860 | | Frankentek Inc 2008 GL |
| P-61 | K8861 | K9595 | | Frankentek Residential Systems 2007 GL |
| P-62 | K9596 | K9694 | | Frankentek Inc 2007 GL |
| P-63 | K9695 | K10316 | | Frankentek Inc 2006 GL |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-64 | P6388 | P6389 | 2/26/2010 | email from S. Baillie to P. Endt re: RE: Buerger Wild Goose House Invoices #16391687 |
| P-65 | DEF001676 | DEF001677 | 3/13/2009 | email re: Outdoor TV |
| P-66 | U0041 | U0042 | 3/16/2009 | email from M. Pavluk to P. Endt re: FW: Buerger Stenton Approval |
| P-67 | Z0011 | Z0012 | 4/7/2009 | email from R. Buerger to M. Angeluci re: time sensitive |
| P-68 | Z0015 | | 4/16/2009 | email from R. Buerger to M. Pavaluk re: 4310 Bayberry Kaleidescape |
| P-69 | W0008 | W0009 | 5/1/2009 | email from M. Pavluk to S. O'Connor re: RE: Buerger Parc Ritt  more revisions to lighting and zones |
| P-70 | X0008 | X0013 | 7/11/2009 | email from M. Pavluk to P. Endt re: FW: Buerger WGH Lighting and Lutron |
| P-71 | P6394 | | 7/13/2009 | email from M. Pavaluk to C. Buerger re: FW: WGH Seura Mirror |
| P-72 | DEF002719 | DEF002720 | 8/12/2009 | email re: RE:4301 Bayberry Avalon Lighting Plan |
| P-73 | DEF002736 | | 8/13/2009 | email re: Bayberry - Life size conferencing system |
| P-74 | P6428 | P6429 | 8/24/2009 | email from M. Pavluk to P. Endt re: FW: Buerger Carriage House |
| P-75 | DEF005610 | | 12/21/2009 | email re: FW: 4301 Bayberry Third Floor Devices |
| P-76 | DEF005914 | DEF005916 | 1/5/2010 | email re: FW: 4301 Bayberry Third Floor Devices |
| P-77 | Z0106 | Z0107 | 1/5/2010 | email from D. Welte to M. Pavluk re: RE: 4301 Bayberry Third Floor Devices |
| P-78 | DEF006056 | DEF006059 | 1/8/2010 | email re: Re: Buerger Program Rev |
| P-79 | DEF006414 | DEF006415 | 1/31/2010 | email re: RE: iPod TV Screen Navigation from iPort |
| P-80 | P0219 | | 2/3/2010 | email from D. Welte to A. Mastropiero re: Fw: Mathers master bath tv |
| P-81 | P0220 | | 2/5/2010 | email from D. Welte to A. Mastropiero re: Mathers touch screen |
| P-82 | P0156 | P0158 | 2/19/2010 | email from D. Welte to M. Pavluk, A. Mastropiero re: Re: Mathers answers |
| P-83 | DEF006646 | DEF006652 | 3/25/2010 | email re: Fw: RSB PRICING REQUEST |
| P-84 | P6223 | P6224 | 4/2/2010 | email from M. Pavluk to R. Pollit, et al FW: Carriage House Services |
| P-85 | P6280 | P6281 | 4/23/2010 | email from C. Buerger to M. Pavluk re: RE: Work Permits |
| P-86 | W0051 | | 4/23/2010 | email from C. Buerger to M. Pavluk re: RE: Work Permits |
| P-87 | P0088 | P0089 | 4/29/2010 | email from D. Welte to A. Mastropiero re: RE: Mathers new tv's |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-88 | P0096 | P0098 | 5/11/2010 | email from D. Welte to R. Alligood, A. Mastropiero, S. O'Connor, M. Pavaluk, M. Rodgers re: RE: Mathers Lighting Controls |
| P-89 | P0105 | P0106 | 5/24/2010 | email from D. Welte to A. Mastropiero re: K-Scape Mathers |
| P-90 | P0053 | | 6/25/2010 | email from D. Welte to A. Mastropiero re: Fw: Wireless headphones @ mathers |
| P-91 | P0055 | P0062 | 7/15/2010 | email from A. Mastropiero to D. Welte re: Mathers Status Letter |
| P-92 | Z0165 | | 7/19/2010 | email from D. Welte to L. Dollinsky re: Trufig devices |
| P-93 | X0043 | X0044 | 7/30/2010 | email from D. Welte to R. Buerger re: RE: Bayberry first floor tv's |
| P-94 | Z0204 | | 8/16/2010 | email from M. Pavluk to D. Welte re: Bayberry Elevator |
| P-95 | P0032 | P33 | 9/2/2010 | email from A. Mastropiero to D. Welte re: Mathers Costs |
| P-96 | P0212 | | 9/24/2010 | email from D. Welte to S. O'Connor re: FW: from reid….a start Mathers Rd |
| P-97 | P0213 | | 9/27/2010 | email from A. Mastropiero to D. Welte, R. Buerger & K. Buerger re: Questions about Mathers Rd |
| P-98 | P0214 | | 9/27/2010 | email froom D. Welte to A. Mastropiero re: Fw: Additional window contacts  security  Mathers Rd |
| P-99 | DEF007362 | DEF007394 | 10/7/2010 | email re: Fw: New Proposals with attached proposals |
| P-100 | X0001 | X0002 | 10/14/2010 | email from M. Pavluk to P. Endt re: FW: Parc Covert Camera Approval |
| P-101 | J0001 | J0001 | 11/8/2010 | email from C. Buerger to M. Pavluk re: RE: Bahamas |
| P-102 | DEF002194 | | 6/25/2009 | email re: contract / questions |
| P-103 | DEF003043 | DEF003044 | 9/2/2009 | email re: RE: 9/1 |
| P-104 | DEF003065 | DEF003066 | 9/3/2009 | email re: FW: Stenton budget - need cost cutting answers |
| P-105 | DEF003129 | | 9/14/2009 | email re: RE: Ftek needs |
| P-106 | DEF003170 | | 9/14/2009 | email (no subject)  references wireless baby monitors |
| P-107 | DEF003186 | DEF003188 | 9/14/2009 | email (no subject)  references wireless baby monitors |
| P-108 | DEF003225 | DEF003226 | 9/17/2009 | email re: RE: Stenton Bayberry Kscape swap |
| P-109 | N0818 | N0823 | 1/30/2010 | email from R. Buerger to M. Pavluk, D. Welte, K. Buerger re: Re: Mathers Spread Sheet |
| P-110 | DEF001962 | | 5/25/2009 | email re: RE: Bayberry office |
| P-111 | DEF002024 | DEF002039 | 6/8/2009 | email re: LifeSize HD Conferencing |
| P-112 | DEF002055 | DEF002063 | 6/9/2009 | email (Brecher to RSB) re: Frankentek (LifeSize HD Conferencing Proposals) with attachments (imageOOl.jpg; image002.gif; 4301 Bayberry (Option 1 Integrated to Computer Display).pdf; 4301 Bayberry (Option 2 Integrated to HD TV).pdf) |
| P-113 | DEF002084 | | 6/15/2009 | email re: Re: Frankentek (LifeSize HD Conferencing Proposals) |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-114 | DEF002082 | DEF002083 | 6/18/2009 | email re: Re: Frankentek (LifeSize HD Conferencing Proposals) |
| P-115 | DEF002780 | DEF002781 | 8/19/2009 | email re: RE: Frankentek (Life Size HD Conferencing Proposals) |
| P-116 | DEF002821 | | 8/19/2009 | email re: Re: Home tvs |
| P-117 | DEF002192 | | 6/23/2009 | email re: Project Manager |
| P-118 | DEF002475 | DEF002476 | 7/8/2009 | email re: Re: Carriage House wiring |
| P-119 | DEF002477 | | 7/8/2009 | email re: RE: Proposals |
| P-120 | DEF002492 | DEF002493 | 7/20/2009 | email re: Re: Carriage house security |
| P-121 | DEF002495 | DEF002496 | 7/21/2009 | email re: Re: Harner Farm Carriage Quotes |
| P-122 | DEF002680 | | 8/7/2009 | email re: RE: 4301 Bayberry |
| P-123 | DEF003089 | DEF003091 | 9/9/2009 | email re: RE: Stenton Ave. |
| P-124 | DEF003213 | | 9/17/2009 | email re: Kaleidescape - Bayberry |
| P-125 | DEF003216 | | 9/17/2009 | email re: RE: Carriage House Start up |
| P-126 | DEF005091 | | 10/14/2009 | email re: RE: Friday meeting with reid |
| P-127 | DEF005353 | DEF005354 | 11/4/2009 | email re: RE: 4301 Bayberry LLC Invoices #1612- 1615 |
| P-128 | DEF005592 | DEF005593 | 12/16/2009 | email re: RE: Mathers |
| P-129 | DEF005661 | | 12/24/2009 | email re: Bayberry nursery |
| P-130 | DEF000538 | | 2/3/2010 | email re: fw: Mathers - master bath tv |
| P-131 | DEF000677 | DEF000678 | 2/6/2010 | email re: Mathers Rd |
| P-132 | DEF000725 | DEF000727 | 2/11/2010 | email re: Mathers Minutes and Attachment for 1-27-10 |
| P-133 | DEF000747 | DEF000748 | 2/12/2010 | email re: two avalon questions |
| P-134 | DEF000802 | DEF000807 | 2/16/2010 | email re: FW: "Mathers" TV Lift |
| P-135 | DEF000539 | | 2/19/2010 | email re: Mathers answers |
| P-136 | DEF006491 | DEF006493 | 2/19/2010 | email re: RE: Mathers answers |
| P-137 | Z0130 | Z0132 | 4/12/2010 | email from M. Pavluk to M. Redpath & Derek re: FW: Bayberry/Mathers access |
| P-138 | P6413 | P6415 | 6/8/2010 | email from A. Mastropiero to P. Endt re: FW: KScape |
| P-139 | P0012 | P0012 | 7/26/2010 | email from D. Welte to M. Pavluk, A. Mastropiero re: Re: Trufig |
| P-140 | DEF002550 | DEF002551 | 7/24/2009 | email re: RE: Harner ground floor program |
| P-141 | W0018 | W0025 | 6/10/2009 | email from M. Pavluk to J. Giordano re: 4301 Bayberry Avalon Lighting Budget Reduced Scope |
| P-142 | P0330 | P0331 | 1/29/2010 | email from J. Gardner to M. Angelucci re: RE: Mathers |
| P-143 | W0043 | W0044 | 4/29/2010 | email from C. Buerger to M. Pavluk re: RE: Carriage House Accomodations |
| P-144 | W0026 | W0028 | 6/8/2010 | email from A. Mastropiero to P. Endt re: FW: KScape |
| P-145 | Z0092 | Z0093 | 11/4/2009 | email from M. Pavluk to A. Otterbein re: RE: 4301 Bayberry Equiptment Locations |
| P-146 | Z0196 | | 8/10/2010 | email from M. Pavluk to A. Mastropiero re: Bayberry meeting 9/4 |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-147 | P6416 | P6417 | 6/4/2009 | email M. Pavluk to M. Rodgers, R. Pesot re: FW: Parc Rittenhouse Lighting Plans |
| P-148 | DEF002417 | | 7/6/2009 | email re: RE: Harner Farm |
| P-149 | DEF002436 | | 7/6/2009 | email re: RE: Bayberry Gym HVAC |
| P-150 | DEF002484 | | 7/9/2009 | email re: Deck redo, security redo |
| P-151 | DEF002882 | | 8/26/2009 | email re: Andrew Brecher- Coventry server room |
| P-152 | DEF003094 | | 9/9/2009 | email re: 4301 Bayberry |
| P-153 | DEF003957 | | 10/1/2009 | email Stenton Ave Gym (KLB to RSB) |
| P-154 | DEF000489 | | 10/29/2009 | email re: Bayberry status and schedule |
| P-155 | DEF006384 | | 1/28/2010 | email re: Mathers Proposal |
| P-156 | DEF000819 | | 2/18/2010 | email re:100218 Bayberry Lutron |
| P-157 | P0103 | | 5/22/2010 | email from D. Welte to A. Mastropiero re: RE: Mathers |
| P-158 | DEF007238 | | 7/28/2010 | email re: Mathers Network |
| P-159 | P0286 | | 11/9/2010 | email from A. Mastropiero to D. Welte re: Proposals |
| P-160 | W0014 | W0017 | 12/5/2008 | Letter from M. Pavluk to E. Armstrong (AJ Lewis) re: Submittal for Carriage House and Laundry/Storage |
| P-161 | P6548 | P6551 | 4/13/2010 | Conference Call Minutes |
| P-162 | P6515 | P6520 | 6/8/2010 | Conference Call Minutes |
| P-163 | P6503 | P6507 | 8/3/2010 | Conference Call Minutes |
| P-164 | P6474 | P6477 | 11/9/2010 | Conference Call Minutes |
| P-165 | P6462 | P6465 | 11/30/2010 | Conference Call Minutes |
| P-166 | Q0005 | | | Agreement between Alan & Connie Buerger and Frankentek re: Bahamas property |
| P-167 | DEF001585 | | 3/4/2009 | email re: Re: 6101 Sheaff Lane |
| P-168 | DEF001672 | | 3/11/2009 | email re: Harner Farm Appraisal |
| P-169 | DEF001674 | DEF001675 | 3/11/2009 | email re: RE: 6101 Sheaff Lane Monitoring Agreement |
| P-170 | DEF001808 | DEF001810 | 4/22/2009 | email re: FW: Harner Farm 6101 Sheaff Lane |
| P-171 | DEF001888 | | 4/28/2009 | email re: RE: Harner Farm 6101 Sheaff Lane |
| P-172 | DEF002234 | DEF002237 | 6/10/2009 | email re: RE: Harner contract/questions |
| P-173 | DEF002244 | DEF002257 | 6/30/2009 | email re: Harner contract/questions with attachments (090610 4301 Bayberry Equipment Fll Budget.pdf; 090610 4301 Bayberry Eq Budget Fll & PH. pdf; 090501 Harner Realty 1 House Equipment Budget. pdf; 090501 Harner Realty 1 Budget Letter MP.pdf) |
| P-174 | DEF002316 | | 6/30/2009 | email re: Fw: Stenton & Harner |
| P-175 | DEF005067 | | 10/14/2009 | email re: F-tek |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-176 | P6226 | P6227 | 3/20/2010 | email from M. Pavluk to M. Franken, P. Endt re: FW: RSB projects |
| P-177 | N0838 | N0839 | 3/26/2010 | email from D. Welte to A. Mastropiero, Pavluk re: Fw: Mathers Questions |
| P-178 | P0145 | | 3/27/2010 | email from D. Welte to M. Rodgers & M. Angelucci re: Mathers A/V distribution |
| P-179 | P0102 | | 5/21/2010 | email from A. Mastropiero to D. Welte re: Bayberry Kscape |
| P-180 | Z0151 | | 7/3/2010 | email from R. Buerger to M. Pavluk re: RE: Touching base |
| P-181 | Z0061 | | 7/16/2009 | email from R. Buerger to M. Pavluk re: RE: AMX Remote Issue |
| P-182 | DEF002592 | | 7/23/2009 | email re: 4301 Bayberry Remotes |
| P-183 | DEF002621 | | 8/7/2009 | email re: 4301 bayberry status |
| P-184 | DEF002766 | | 8/14/2009 | email re: RE: AMX Controllers |
| P-185 | DEF002989 | | 8/28/2009 | email re: RE: 4301 Bayberry |
| P-186 | DEF003240 | | 9/21/2009 | email re: Re: End 400 |
| P-187 | DEF003242 | | 9/22/2009 | email re: RE: Stenton revised bid |
| P-188 | DEF003289 | | 9/25/2009 | email re: 4301 Bayberry |
| P-189 | DEF003955 | | 9/30/2009 | AMX letter to M. Pavluk re: "voluntarily taking corrective action" |
| P-190 | Z0249 | Z0250 | 10/1/2010 | email from M. Pavluk to A. Mastropiero re: FW: Mathers and Bayberry |
| P-191 | DEF005293 | DEF005302 | 11/3/2009 | email re: FW: Reid Buerger Harner Invoices #1608- 1616 with invoices and backup |
| P-192 | DEF005326 | DEF005327 | 11/3/2009 | email re: FW: 4301 Bayberry Revised Invoice #1612 with invoice and backup |
| P-193 | DEF001057 | DEF001058 | 8/9/2010 | email re: Re: July Payment Application |
| P-194 | DEF001059 | DEF001085 | 8/17/2010 | Mathers Expenses per vendor |
| P-195 | DEF001120 | | 8/23/2010 | email re: RE: Frankentek |
| P-196 | DEF001123 | | 8/25/2010 | email re: Dibbern/ftek |
| P-197 | DEF001163 | DEF001164 | 10/13/2010 | email re: September Payment Application |
| P-198 | DEF007808 | DEF007809 | 11/19/2010 | email re: RE: Harner Management Payment Application (no attachment) |
| P-199 | DEF001047 | DEF001056 | 8/2/2010 | Watchdog letter re: May Payment Application |
| P-200 | DEF007638 | DEF007639 | 10/18/2010 | email re: Re: September Payment Application |
| P-201 | DEF000458 | | 8/19/2009 | email re: Fw: Reid at F-tek |
| P-202 | DEF002858 | DEF002859 | 8/19/2009 | email re: RE: Reid at F-tek |
| P-203 | DEF002228 | | 6/25/2009 | email re: Sheaff lane |
| P-204 | DEF001086 | DEF001119 | 8/17/2010 | Email transmitting Bayberry Expenses per vendor |
| P-205 | DEF000547 | | 11/9/2010 | Mathers Expenses per Vendor refd in 546 |
| P-206 | J0002 | J0003 | 2/18/2011 | Letter from M. Pavluk to Buergers c/o Jacoby re: items to be completed/reprogrammed due to cessation of business relationship |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-207 | I0001 | I0002 | 4/16/2009 | email from R. Buerger to M. Pavluk re: Re: 4301 Bayberry Seura TV mirror |
| P-208 | G0038 | G0047 | 12/28/2010 | Buerger Stenton A. Mastropiero Labor certification signed by A. Mastropiero |
| P-209 | G0032 | G0033 | 12/29/2010 | Buerger Mathers Material and Labor certification signed by A. Mastropiero |
| P-210 | G0034 | G0034 | 12/29/2010 | Buerger Mathers A. Mastropiero Labor certification signed by A. Mastropiero |
| P-211 | N0837 | | 3/16/2010 | email from A. Mastropiero to M. Pavluk, R. Stewart re: Call with RSB |
| P-212 | P0208 | P0209 | 9/22/2010 | email from D. Welte to A. Mastropiero re: re: RE: Mathers Rd |
| P-213 | DEF004996 | DEF004998 | 10/13/2009 | email re: RE: Great speaking with you |
| P-214 | DEF005063 | DEF005064 | 10/13/2009 | email re: RE: times |
| P-215 | Z0083 | Z0084 | 10/13/2009 | email from D. Welte to M. Pavluk re: Re: Bayberry |
| P-216 | DEF000582 | DEF000583 | 12/29/2010 | email re: Mathers Road |
| P-217 | Q0006 | Q0008 | | Agreement between Alan & Connie Buerger and Frankentek re: Bahamas property |
| P-218 | V0035 | V0044 | | RSB Payments |
| P-219 | DEF003100 | DEF003106 | | Bayberry Job Sheet- Updated |
| P-220 | V0045 | V0081 | | ACB Payments |
| P-221 | N1023 | N1024 | 7/28/2010 | email from M. Pavluk to D. Welte re: Bayberry Credit |
| P-222 | N1022 | | 7/28/2010 | email re: RSB Credit |
| P-223 | D0984 | D0984 | 2/11/2010 | Buerger WGH Credit Memo #1701 Labor |
| P-224 | U0001 | U0002 | 2/16/2010 | email from M. Pavluk to P. Endt re: FW: WGH labor credit |
| P-225 | D0806 | | 12/31/2010 | Statement |
| P-226 | D0807 | | 12/31/2010 | Statement |
| P-227 | D0809 | D0810 | 12/31/2010 | Statement |
| P-228 | D0811 | | 12/31/2010 | Statement   Bahamas Carriage House #1541 |
| P-229 | D0812 | | 12/31/2010 | Statement  Bahamas Villa |
| P-230 | D0813 | | 12/31/2010 | Statement |
| P-231 | D0814 | D0818 | 12/31/2010 | Statement |
| P-232 | D0819 | D0820 | 12/31/2010 | Statement |
| P-233 | D0822 | D0825 | 12/31/2010 | Statement |
| P-234 | D0826 | | 12/31/2010 | Statement  Harner |
| P-235 | D0827 | | 12/31/2010 | Statement  Mathers A/V |
| P-236 | D0828 | | 12/31/2010 | Statement  Mathers Security |
| P-237 | D0829 | | 12/31/2010 | Statement  Mathers Phone System |
| P-238 | D0830 | | 12/31/2010 | Statement  Mathers Lutron Lighting |
| P-239 | D0831 | | 12/31/2010 | Statement  Parc Ritenhouse |
| P-240 | D0832 | | 12/31/2010 | Statement  Stenton |
| P-241 | D0833 | D0834 | 12/31/2010 | Statement - Job 1512 |
| P-242 | D0835 | | 12/31/2010 | Statement  Bayberry 2nd & 3rd Floor |
| P-243 | D0836 | D0837 | 12/31/2010 | Statement  Bayberry |
| P-244 | D0808 | | 12/31/2010 | Statement   Bahamas 'The Beach House"  #1508 |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-245 | D0987 | D0988 | 1/31/2011 | Statement |
| P-246 | DEF003956 | | 10/1/2009 | email Stenton Ave Gym (M. Rodgers to RSB) |
| P-247 | DEF005591 | | 12/16/2009 | email re: Harner A/V - Plan review by Maria De La Guardia |
| P-248 | DEF005868 | DEF005869 | 1/3/2010 | email re: Re: Mathers Survey and Project Set Up |
| P-249 | P4229 | | 3/6/2009 | Email from Mike Pavluk to miscellaneous Frankentek Residential Systems, LLC ("Frankentek") employee recipients, cc: Marc Franken |
| P-250 | DEF003064 | | 9/3/2009 | email re: WELTE EMAILS re: FW: Stenton budget - need cost cutting answers |
| P-251 | DEF003071 | DEF003072 | 9/9/2009 | email re: RE: Stenton Ave.- Frankentek |
| P-252 | DEF003084 | DEF003085 | 9/9/2009 | email re: RE: Stenton Ave.- Frankentek |
| P-253 | G0001 | G0002 | 11/12/2011 | email from M. de le Guardia to M. Pavluk re: CH and BH miscellaneous |
| P-254 | D0989 | D0994 | 7/14/2010 | Invoice #1810 ($60,137.19) |
| P-255 | U0238 | U0241 | 10/15/2010 | email from P. Endt to A. Mastropiero re: Labor Cost Summaries |
| P-256 | K0096 | | | Ftek Buerger Stenton Property Design-Engineering/A/V/Trim/Service/ Project Management Labor Time Report: August -December 2009 |
| P-257 | K0590 | | | 01 Master Copy of Labor Time Report |
| P-258 | DEF001329 | DEF001335 | 8/20/2008 | Proposal re: Audio System Removation |
| P-259 | N0679 | N0686 | 5/1/2009 | Addendum to Preliminary Equipment Budget for integrated systems |
| P-260 | DEF001947 | DEF001948 | 5/16/2009 | email re: FW: 4310 Bayberry Kaleidescape with attachment (090408 4301 Bayberry Kscape Quote MP.pdf) |
| P-261 | N0691 | N0692 | 5/25/2009 | "Security Issues to review" |
| P-262 | DEF002286 | | 6/30/2009 | email re: Fw: Stenton & Harner |
| P-263 | DEF003107 | DEF003108 | 9/9/2009 | email re: Harner Theater System Design with attachment (090912 Harner Theater Proposal Pricing. Pdf) |
| P-264 | N0722 | N0745 | 12/18/2009 | Proposal #5642 for Mathers Road |
| P-265 | N0748 | N0748 | 12/29/2009 | Memo re: Mather's Project - Electronic Systems |
| P-266 | N0755 | N0758 | 12/29/2009 | Memo re: Mather's Project - Electronic Systems |
| P-267 | N0759 | N0762 | 12/29/2009 | Proposal #5653 for Mathers Road - Home Theater #2 |
| P-268 | N0763 | N0766 | 12/29/2009 | Proposal #5654 for Mathers Road - Home Theater #1 |
| P-269 | N0767 | N0769 | 12/29/2009 | Proposal #5655 for Mathers Road - Panasonic Phone System |
| P-270 | N0770 | N0788 | 12/29/2009 | Proposal #5656 for Mathers Road - Integrated Systems |
| P-271 | N0789 | N0791 | 12/29/2009 | Proposal #5656 for Mathers Road - Power Surge Suppression System |
| P-272 | N0792 | N0795 | 12/29/2009 | Proposal #5657 for Mathers Road - Third Floor Gym |
| P-273 | DEF006202 | DEF006206 | 1/19/2010 | email re: Mathers updated proposal with attached proposal |
| P-274 | DEF006276 | DEF006277 | 1/21/2010 | email re: Fw: Mathers Spread Sheet with attached |
| P-275 | N0715 | | 3/11/2010 | Proposal #3002 for: The Harner Farm Residence |
| P-276 | N0836 | | 3/12/2010 | email from A. Mastropiero to D. Welte re: Mathers Rd |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-277 | N0712 | N0713 | 3/14/2010 | Scope Document for Chubb Insurance Request - Harner Farms Job Site Cameras |
| P-278 | N0714 | | 3/15/2010 | Harner Farm Job Coast Report/Proposal for The Harner Farm Residence |
| P-279 | N0902 | N0906 | 8/31/2010 | Mathers Road Cost Analysis |
| P-280 | N0916 | N0921 | 8/31/2010 | 225 Mathers Road Cost Analysis |
| P-281 | N0006 | N0010 | | Prop # 3707 Bayberry LLC |
| P-282 | N0011 | N0015 | | Prop # 3712 Bahamas Villa |
| P-283 | N0016 | N0020 | | Prop # 3713 Bahamas Villa |
| P-284 | N0021 | N0027 | | Prop # 3725 Wild Goose House |
| P-285 | N0028 | N0033 | | Prop # 3854 The Buerger Residence |
| P-286 | N0114 | N0118 | | Prop # 3556 Carriage House |
| P-287 | N0119 | N0123 | | Prop # 3559 Carriage House |
| P-288 | N0124 | N0129 | | Prop # 3560 Carriage House |
| P-289 | N0135 | N0139 | | Prop # 3702 Bayberry LLC |
| P-290 | N0362 | N0486 | | Buerger ACB Lot 85 & pool House Budgets and Approvals |
| P-291 | N0487 | N0563 | | Buerger WGH 2006-2010 Budget, Proposal, Approvals |
| P-292 | N0564 | N0621 | | Buerger Parc Rittenhouse 2009-2010 Budget, Proposal, Approvals |
| P-293 | N0622 | N0671 | | Stenton 2009 Budget, Proposals, Approvals |
| P-294 | N0683 | N0686 | | Custom Electronic System Design Summary |
| P-295 | N0707 | | | Harner Farm- CAT MBX Theater - Preliminary Design Choices |
| P-296 | N0708 | | | Home Theater Same Day Movie Release System |
| P-297 | N0711 | | | Scope Document - Harner Farms Job Site Cameras |
| P-298 | N0796 | | | Mathers Project Systems and Pricing |
| P-299 | N0802 | N0806 | | Memo re: Mather's Project - Revised Electronic Systems Update |
| P-300 | N0882 | N0899 | | Movie List |
| P-301 | N0900 | N0901 | | CCTV Proposal #5727 |
| P-302 | N0907 | N0910 | | 225 Mathers Road Cost Analysis |
| P-303 | N0911 | N0913 | | Time & Materials Record |
| P-304 | N0914 | N0915 | | Time & Materials Record - Mather Security |
| P-305 | N0922 | N0933 | | Time & Materials Record |
| P-306 | N0934 | N0937 | | Materials Record |
| P-307 | N0938 | | | Time Record |
| P-308 | N0939 | | | Proposal #5655 - Panasonic Phone System Proposal v. Job Cost Analysis |
| P-309 | N0940 | N0941 | | TPS and APC Surge Proposal Analysis |
| P-310 | P4627 | P4645 | | Bayberry Budgets |
| P-311 | DEF005732 | DEF005779 | 12/30/2009 | email re: Mathers's Project with proposals attached |
| P-312 | DEF005780 | DEF005781 | 12/31/2009 | email re: F -tek - Mathers |
| P-313 | N0672 | N0674 | 5/1/2009 | Harner Realty 1 Integrated Electronics Budget |
| P-314 | W0031 | W0034 | 5/22/2009 | email from M. Pavluk to R. Pesot re: 4301 Bayberry Equipement Budget for 2010 |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.

Frankentek Residential Systems, LLC v Buerger, et al
Plaintiff and Counterdefendant's Amended Exhibit List

| Ex. No. | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| P-315 | U0275 | | 2/5/2010 | email re: Buerger Parc Rittenhouse Invoice #1689 & 1691 |
| P-316 | E0020 | E0020 | 6/24/2010 | email from D. Welte to P. Pavluk re: contract/questions |
| P-317 | U0243 | U0247 | 10/19/2010 | email from M. Pavluk to R. Alligood re: RSB Labor Cost Summaries |
| P-318 | DEF003011 | DEF003012 | 9/2/2009 | email re: RE: Bayberry Weekly Meeting |
| P-319 | FTEK000063 | FTEK000343 | 2/11/2011 | excerpts from Transcript of Arbitration Hearing (37:1-44:22, 45:21-50:15. 84:23-85:6, 137:6-11, 150:18-153:15, 182:20-184:12, 220:2-7, 222:18-223:2, 224:1-225:17, |
| P-320 | FTEK000040 | FTEK000061 | 9/4/2013 | Declaration of Reid Buerger |
| P-321 | FTEK000062 | | | http://mrodgersltd.com |
| P-322 | K0051 | K0052 | | Backup Labor Reports for Invoice #1919 |
| P-323 | | | | Photos - Bahamas Property (to be produced) |
| P-324 | | | | Photos - Bayberry Property (to be produced) |
| P-325 | | | | Photos - Harner Farm Property (to be produced) |
| P-326 | | | | Photos - Mathers Farm Property (to be produced) |
| P-327 | | | | Photos - Parc Rittenhouse Property (to be produced) |
| P-328 | | | | Photos - Stenton Property (to be produced) |
| P-329 | | | | Photos - Wyndmoor (WGH) Property (to be produced) |
| P-330 | | | | Summary Chart (to be produced) |
| P-331 | | | | Summary Chart (to be produced) |
| P-332 | | | | Summary Chart (to be produced) |
| P-333 | | | | Summary Chart (to be produced) |
| P-334 | | | | Summary Chart (to be produced) |
| P-335 | | | | Summary Chart (to be produced) |
| P-336 | | | | Summary Chart (to be produced) |
| P-337 | | | | Summary Chart (to be produced) |
| P-338 | | | | Summary Chart (to be produced) |
| P-339 | | | | Summary Chart (to be produced) |
| P-340 | | | | Liens filed by Frankentek (to be produced) |
| P-341 | K0129 | K0364 | | Payroll Jan thru Oct 2010 |
| P-342 | K0408 | K0411 | | Backup Labor Reports for Invoice #1668 |
| P-343 | K0595 | K0595 | | 06 Updated Adjusted Labor Rate Sheet |
| P-344 | K0596 | K0596 | | Buerger The Beach House December 09 Labor Report |
| P-345 | K10317 | K10320 | | L Esposito Time Cards |
| P-346 | N0842 | N0881 | | Movie List |
| P-347 | N0906 | | | Time & Materials Record |
| P-348 | FTEK000009 | FTEK000039 | 11/30/2012 | Defendant's Amended Interrogatory Reponses |

*Plaintiffs and counterdefendants reserve the right to withdraw exhibits.