IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:12-cv-00767-AB |
| v. | : : | |
| REID BUERGER et al., | : : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:12-cv-00768-AB |
| v. | : : | |
| ALAN BUERGER et al., | : : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:12-cv-03505-AB |
| v. | : : | |
| REID BUERGER et al., | : : | |
| Defendants. | : | |

## **DEFENDANTS' AMENDED EXHIBIT LIST**

Pursuant to the Court's Scheduling Order dated April 22, 2014, the following is Defendants' Amended Exhibit List. Defendants have amended their original Exhibit List solely to address several individual objections raised in Plaintiff's Objections to Defendants' Exhibit List (*see* D-17, D-36, D-49, D-50), which was filed on May 28, 2014.

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| D-1 | 12/30/09 10/1/10 | All unpaid Stenton invoices, with corresponding labor reports (2 invoices) | A copy of this exhibit is being provided under separate cover |
| D-2 | 8/23/10 10/1/10 | All unpaid Harner invoices, with corresponding labor reports (2 invoices) | A copy of this exhibit is being provided under |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| | | | separate cover |
| D-3 | 7/21/10 – 11/17/10 | All unpaid Mathers invoices, with corresponding labor reports (23 invoices) | A copy of this exhibit is being provided under separate cover |
| D-4 | 7/14/10 – 11/17/10 | All unpaid Bayberry invoices, with corresponding labor reports (14 invoices) | A copy of this exhibit is being provided under separate cover |
| D-5 | 6/11/10 – 12/30/10 | All unpaid Bahamas invoices, with corresponding labor reports (21 invoices) | A copy of this exhibit is being provided under separate cover |
| D-6 | 11/2/10 – 1/13/11 | All unpaid WGH invoices, with corresponding labor reports (3 invoices) | A copy of this exhibit is being provided under separate cover |
| D-7 | 6/10/10 – 10/7/10 | All unpaid Parc invoices, with corresponding labor reports (6 invoices) | A copy of this exhibit is being provided under separate cover |
| D-8 | 12/30/09 4/15/10 | Paid Harner labor invoices, with corresponding labor reports (2 invoices) | A copy of this exhibit is being provided under separate cover |
| D-9 | 3/16/10 – 6/29/10 | Paid Mathers labor invoices, with corresponding labor reports (10 invoices) | A copy of this exhibit is being provided under separate cover |
| D-10 | 3/26/10 – 5/26/10 | Paid Bayberry labor invoices, with corresponding labor reports (7 invoices) | A copy of this exhibit is being provided under separate cover |
| D-11 | 2/19/10 – 10/12/10 | Paid Bahamas labor invoices, with corresponding labor reports (17 invoices) | A copy of this exhibit is being |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| | | | provided under separate cover |
| D-12 | 11/23/09 - 10/12/10 | Paid WGH labor invoices, with corresponding labor reports (18 invoices) | A copy of this exhibit is being provided under separate cover |
| D-13 | 12/30/09 to 10/14/10 | Paid Parc labor invoices, with corresponding labor reports (10 invoices) | A copy of this exhibit is being provided under separate cover |
| D-14 | 3/16/10 – 6/29/10 | All paid Mathers invoices, with corresponding labor reports (23 invoices)[1] | A copy of this exhibit is being provided under separate cover |
| D-15 | 7/1/08 – 6/8/10 | All paid Bayberry invoices, with corresponding labor reports (24 invoices)[2] | A copy of this exhibit is being provided under separate cover |
| D-16 | 4/13/09 9/1/09 9/2/09 9/3/09 | Miscellaneous 2009 invoices | DEF8507-08 DEF008510 DEF008571-72 DEF008573-74 DEF008747 |
| D-17 | 2/8/10 - 10/12/10 | Paid Bahamas invoices issued in 2010 (11 invoices) | A copy of this exhibit is being |

---

[1] Defendants are not marking as exhibits the respective proofs of payment with respect to these invoices because Plaintiff and Defendants have agreed to enter into a stipulation agreeing for purposes of the trial that all of these invoices have been paid in the collective amount of $596,572.39. To the extent that, for any reason, the parties are unable or unwilling to execute a stipulation of fact to that effect, Defendants reserve the right to mark the respective proofs of payment as exhibits.

[2] Defendants are not marking as exhibits the respective proofs of payment with respect to these invoices because Plaintiff and Defendants have agreed to enter into a stipulation agreeing for purposes of the trial that all of these invoices have been paid in the collective amount of $823,848.41. To the extent that, for any reason, the parties are unable or unwilling to execute a stipulation of fact to that effect, Defendants reserve the right to mark the respective proofs of payment as exhibits.

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| | | | provided under separate cover |
| D-18 | 11/16/10 | Commercial Shipping Invoice | DEF008768 |
| D-19 | 12/1/05 | "Agreement between Frankentek, Inc. and the Buerger Family" | Ex.Q-006-08 |
| D-20 | 8/29/06 | "Agreement" between Alan and Connie Buerger and Frankentek, Inc. | Ex.Q-005 |
| D-21 | 3/6/09 | Email from Mike Pavluk to miscellaneous Frankentek Residential Systems, LLC ("Frankentek") employee recipients, cc: Marc Franken | Ex.P-4229 |
| D-22 | 6/24/09 – 6/25/09 | Email chain between Dan Welte and Mike Pavluk, and between Mike Pavluk and Reid Buerger | DEF002234-37 |
| D-23 | 7/9/09 | Email from Dan Welte to Mike Pavluk, email from Mike Pavluk to Scott Sprague and Marc Franken, and email from Marc Franken to Mike Pavluk | Ex.Z-054-55 |
| D-24 | 8/11/09 | Email chain between Dan Welte and Fred at Cape Atlantic PM | DEF002760 |
| D-25 | 12/1/09 – 12/2/09 | Emails from Mike Pavluk to Marc Franken and Paula Endt | Ex.S-021-22 |
| D-26 | 12/1/09 | Email from Mike Pavluk to Marc Franken and Paula Endt, with attachment | Ex.S-025-26 |
| D-27 | 1/3/10 – 4/18/10 | 2010 Frankentek Weekly Time Sheets for Rick Stewart | Ex. K-945-62 |
| D-28 | 1/3/10 | Email from Mike Pavluk to Marc Franken, Paula Endt, Scott Sprague, Richard Baker, Rick Stewart and Ryan Pollitt, cc: Chuck Lanholm | Ex.W-068 |
| D-29 | 1/4/10 – 4/18/10 | 2010 Frankentek Weekly Time Sheets for Mike Redpath | Ex.K-614-56 |
| D-30 | 1/7/10 – 1/8/10 | Email chain among Mike Pavluk, Reid Buerger, and Dan Welte | DEF006060-63 |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| D-31 | 1/11/10 | Email chain between Dan Welte and Mike Pavluk | DEF006084 |
| D-32 | 1/11/10 | Email chain between Dan Welte and Mike Pavluk | DEF006087-88 |
| D-33 | 1/30/10 | Email from Mike Pavluk to Paula Endt, cc: Marc Franken | Ex.P-4060 |
| D-34 | 2/5/10 | Email from Paula Endt to Antonio Muniz and Stephanie Baillie, cc: Mike Pavluk | Ex.U-275 |
| D-35 | 2/5/10 | Email from Paula Endt to Mike Pavluk | Ex.P-4058 |
| D-36 | 2/11/10 – 2/16/10 | Email chain between Mike Pavluk and Connie Buerger with attachments | Ex.U-001, 048-50 |
| D-37 | 3/23/10 | Email from Ryan Alligood to miscellaneous recipients, and email from Mike Pavluk to Paula Endt, Richard Baker, Rick Stewart, Mike Redpath, and Anthony Mastropiero, cc: Marc Franken and Scott Sprague | Ex.W-058 |
| D-38 | 7/6/10 | Email chain between Mike Pavluk and Reid Buerger, cc: Dan Welte | Ex.E-026-27 |
| D-39 | 7/28/10 | Email chain between Mike Pavluk and Anthony Mastropiero | Ex.N-1022 |
| D-40 | 7/28/10 | Email from Mike Pavluk to Dan Welte | Ex.P-5600 |
| D-41 | 8/5/10 | Email chain between Mike Pavluk and Dan Welte, cc: Anthony Mastropiero | Ex.P-5616 |
| D-42 | 8/4/10 | Email chain between Mike Pavluk and Anthony Mastropiero | Ex.P-5613-14 |
| D-43 | 8/8/10 | Emails between Mike Pavluk, Reid Buerger, and Dan Welte | Ex.P-5618 |
| D-44 | 8/17/10 | Email from Reid Buerger to Mike Pavluk and Anthony Mastropiero, cc: Dan Welte and Krista Lake | Ex.P-5634 |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| D-45 | 9/14/10 | Email chain between Anthony Mastropiero and Mike Pavluk | Ex.Z-233-34 |
| D-46 | 9/23/10 | Email from Anthony Mastropiero to Mike Pavluk | Ex.X-052-53 |
| D-47 | 11/3/10 – 12/15/10 | Sample Frankentek "time by job detail" reports | Ex. K-1779-94 |
| D-48 | 10/4/10 | Email from Connie Buerger to Mike Pavluk | Ex.E-032 |
| D-49 | 10/16/10 | Email between Amy Murphy and Connie Buerger, emails between Connie Buerger and Reid Buerger, and emails between Reid Buerger and Mike Pavluk | Ex.B-017-18 Ex.D-971-975, Ex.K-087-089 |
| D-50 | 11/3/10 | Email from Dan Welte to Mike Pavluk | Ex.P-5693-5695 |
| D-51 | 11/11/10 - 11/12/10 | Email chain between Reid Buerger and Mike Pavluk | Ex.P-5696-97 |
| D-52 | 11/13/10 - 11/15/10 | Email chain between Reid Buerger and Andrew Brecher | DEF007739-40 |
| D-53 | 11/16/10 | Email chain between Andrew Brecher and Mike Pavluk | DEF007745 |
| D-54 | 11/16/10 | Email chain between Mike Pavluk and Reid Buerger | Ex.P-5701 |
| D-55 | 11/16/10 - 11/17/10 | Email chain between Andrew Brecher and Mike Pavluk | DEF007761-62 |
| D-56 | 11/16/10 - 11/18/10 | Email chain between Andrew Brecher and Mike Pavluk | DEF007795-97 |
| D-57 | 12/6/10 | Email chain among Reid Buerger, Andrew Brecher, Dan Welte, cc: Krista Lake | DEF007916-17 |
| D-58 | 12/15/10 1/6/11 | ProAutomated Inc. Invoice #6463, and related proof of payment | DEF008805-06 |
| D-59 | 2/11/11 | Transcript from the arbitration captioned at *In re: Frankentek Residential Systems, LLC v. 4301 Bayberry Drive, LLC, Case No. 18 473 00069 11* | DEF008824-94 |
| D-60 | 2/18/11 | Letter from Michael Pavluk to Alan and Constance | Ex.J-002-03 |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| | | Buerger | |
| D-61 | 3/3/11<br>4/7/11 | ProAutomated Inc. Statement of Account for March 2011, and related proof of payment | DEF008807-08 |
| D-62 | 3/20/11 | Pro Automated AMX Programming Project Quote re: Mathers | DEF008769-72 |
| D-63 | 3/20/11 | Pro Automated AMX Programming Project Quote re: Bayberry | DEF008786-88 |
| D-64 | 4/25/11<br>4/27/11<br>5/18/11 | ProAutomated Inc. Invoice #6770 and Statement of Account from April 2, 2011 to April 24, 2011, and related proof of payment | DEF008809-11 |
| D-65 | 5/11/11<br>5/25/11<br>6/13/11 | ProAutomated Inc. Invoice #6827 and Statement of Account from April 24, 2011 to May 24, 2011, and related proof of payment | DEF008812-15 |
| D-66 | 5/11/11<br>6/1/11<br>6/24/11<br>7/15/11 | ProAutomated Inc. Invoice #6868, Invoice #6923, and Statement of Account from May 25, 2011 to June 25, 2011, and related proof of payment | DEF008816-19 |
| D-67 | 5/11/11<br>7/25/11<br>8/16/11 | ProAutomated Inc. Invoice #7009 and Statement of Account from June 26, 2011 to July 24, 2011, and related proof of payment | DEF008820-23 |
| D-68 | 1/22/13 | Frankentek's Verified Responses to Defendants' First Set of Interrogatories | |
| D-69 | 5/28/13 | Frankentek's Objections and Responses to Defendants' First Request for Production of Documents | |
| D-70 | 7/11/13 | Complete Security Systems, Inc. correspondence re: Mathers | DEF008775-81 |
| D-71 | 7/11/13 | Complete Security Systems, Inc. correspondence re: Bayberry | DEF008791-99 |
| D-72 | 7/29/13 | Concate Technologies, Inc. correspondence re: Mathers | DEF008782 |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| D-73 | 7/29/13 | Concate Technologies, Inc. correspondence re: Bayberry | DEF008804 |
| D-74 | 8/2/13 | ProAutomated Lutron Estimate re: Mathers | DEF008773-74 |
| D-75 | 8/2/13 | ProAutomated Lutron Estimate re: Bayberry | DEF008789-90 |
| D-76 | 8/5/13 | Blue Code Network & Computer Solutions Estimate re: Mathers | DEF008783-85 |
| D-77 | 8/5/13 | Blue Code Network & Computer Solutions Estimate re: Bayberry | DEF008800-03 |
| D-78 | 8/16/13 | Declaration of Marc Franken relating to Frankentek's Motion for Summary Judgment | |
| D-79 | 9/16/13 | Declaration of Marc Franken relating to Frankentek's Reply Brief in Support of Motion for Summary Judgment | |
| D-80 | 9/16/13 | Declaration of Mike Pavluk relating to Frankentek's Reply Brief in Support of Motion for Summary Judgment | |
| D-81 | | Frankentek's 2009 financial spreadsheet | Ex.K-590-92 |
| D-82 | | Frankentek's 2009 Financial Statements and Accountants' Compilation Report | Ex.K-5876-89 |
| D-83 | | Frankentek's 2009 Profit and Loss Statements | Ex.K-5527-28 |
| D-84 | | Frakentek, Inc.'s 2009 Profit and Loss Statement | Ex.K-5529 |
| D-85 | | Frankentek's 2009 U.S. Tax Returns | Ex.K-5575-89 |
| D-86 | | Frankentek, Inc.'s 2009 U.S. Tax Returns | Ex.K-5590-5607 |
| D-87 | | Frankentek's 2010 financial spreadsheet | Ex.K-593-95 |
| D-88 | | Frankentek's 2010 Profit and Loss Statements | Ex.K-5530-31 |
| D-89 | | Frankentek, Inc.'s 2010 Profit and Loss Statement | Ex.K-5532 |
| D-90 | | Frankentek's 2010 U.S. Tax Returns | Ex.K-5541-55 |

| Ex. No. | Date | Description | Bates Range |
|---|---|---|---|
| D-91 | | Frankentek, Inc.'s 2010 U.S. Tax Returns | Ex.K-5556-74 |
| D-92 | | Frankentek General Ledger 2006 | Ex.K-9695-10313 |
| D-93 | | Frankentek General Ledger 2007 | Ex.K-8861-9694 |
| D-94 | | Frankentek General Ledger 2008 | Ex.K-8048-8860 |
| D-95 | | Frankentek General Ledger 2009 | Ex.K-7125-8047 |
| D-96 | | Frankentek General Ledger 2010 | Ex.K-5954-7124 |
| D-97 | | Watchdog Audit Report | DEF008751-60 |
| D-98 | | Frankentek Audit - Mathers Road Summary | DEF008761 |
| D-99 | | Chart re: Mathers AMX Labor | DEF008899-8902 |
| D-100 | | Chart re: Bayberry AMX Labor | DEF008903-06 |

Defendants hereby incorporate by reference and reserve the right to rely upon and introduce in their presentation of their defense to Frankentek's claims, their presentation of their counterclaims against Frankentek, and/or on rebuttal, the exhibits identified in Frankentek's exhibit list (if and as amended) and any other exhibit that the Court permits Frankentek to use, including, without limitation, for purposes of rebuttal or impeachment, without the waiver of any objections to the relevance and/or admissibility of any such exhibit.  Defendants intend to rely upon and introduce in their presentation of their defense to Frankentek's claims, their presentation of their counterclaims against Frankentek, and/or for purposes of rebuttal or impeachment demonstrative and/or summary evidence (including, without limitation, enlargements, excerpts, charts, summaries, graphics, etc.) derived from the exhibits listed above or the exhibits identified in the preceding sentence.  Finally, Defendants also reserve the right to rely upon and introduce any documents produced by either Plaintiff or Defendants pursuant to discovery in this action and reserve the right to amend this list up through and including the time of trial.

Respectfully submitted,

COZEN O'CONNOR

   /s/ F. Warren Jacoby
F. Warren Jacoby, Esq.
MaryTeresa Soltis, Esq.
Chad E. Kurtz, Esq.
1900 Market Street
Philadelphia, Pennsylvania  19103

Dated: June 2, 2014                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing Defendants' Amended Exhibit List was served today via electronic mail, as follows:

Mark Jay Krum, Esq.
DIAMOND MCCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, NY 10018
*Attorney for Plaintiff*

Andrea Levin Kim, Esq.
Jon Maxwell Beatty, Esq.
DIAMOND MCCARTHY LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, TX 77010
*Attorneys for Plaintiff*

Edward Seglias, Esq.
COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
*Attorney for Plaintiff*

.

By:    /s/ Chad Kurtz_____
      Chad Kurtz

Dated: June 2, 2014